1  Effie F. Anastassiou, Esq. (SBN 96279)
   Karli R. Jungwirth, Esq. (SBN 227956)
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California  93902
4  Telephone:  (831) 754-2501
   Facsimile:  (831) 754-0621
5
   Attorneys for Plaintiffs,
6  AFCM, INC. and FO-FARMER'S OUTLET, INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9     FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 AFCM, INC., a California Corporation; and    )  CASE NO.
   FO-FARMER'S OUTLET, INC., a                  )  CV 11-04677
11 California Corporation,                       )
                                                )  AFCM, INC. and FO-FARMER'S OUTLET,
12              Plaintiffs,                      )  INC.'S
                                                )
13 v.                                           )  COMPLAINT FOR:
                                                )
14 ELITE GLOBAL FARMING AND                     )  1.  Breaches of Contracts;
   LOGISTICS, INC., a California                )  2.  Accounts Stated;
15 Corporation; RICHARD ESCAMILLA, SR.,         )  3.  Open Book;
   an Individual; JOSE ESCAMILLA, an            )  4.  Enforcement of the PACA Trust
16 Individual; JOHN CREIGHTON, an               )      Provisions and Disgorgement;
   Individual; STEPHEN WYRICK, an               )  5.  Violations of the PACA – Failure to
17 Individual; KENT CURLEY, an Individual;      )      Account and Pay Promptly and the
   DAVID GATTIS, an Individual; AMBER           )      FAC – Failure to Make Timely
18 RIGOR, an Individual; and RICHARD            )      Payment;
   ESCAMILLA, JR., an Individual,               )  6.  Conversion;
19                                              )  7.  Unjust Enrichment;
                Defendants.                     )  8.  Constructive Trust/Disgorgement
20 _____ )  9.  Declaratory Relief; and
                                                   10.  Injunctive Relief.
21       Plaintiffs AFCM, INC. ("AFCM") and FO-FARMER'S OUTLET, INC. ("FFO) (collectively,

22 AFCM and FFO are referred to as "Plaintiffs" herein) for their complaint against the above named

23 Defendants allege as follows:

24                          JURISDICTION AND VENUE

25       1.     Jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act,

26 7 U.S.C. §499e et seq. (hereafter, the "PACA"), and 28 U.S.C. §1331.  This Court has jurisdiction over

27 the remaining causes of action which do not arise under PACA pursuant to 28 U.S.C. §1367(a) because

28 said causes of action form part of the same case or controversy.

2.     Venue in this District is based on 28 U.S.C. §1391 in that: (a) one or more Defendants' residence or principal place of business is in this District.

## DESCRIPTION OF PARTIES

3.     AFCM  is now and at all relevant times material herein was a California corporation, with its principal business office in the County of Imperial, State of California.  AFCM is in the business of growing perishable agricultural commodities.

4.     FFO is now and at all relevant times material herein was a California corporation, with its principal business office in the County of Imperial, State of California.  FFO is in the business of selling cartons, boxes, bags, pallets and other packaging items to the farming industry for use in packaging and shipping fresh produce.

5.     On information and belief, Defendant ELITE GLOBAL FARMING AND LOGISTICS, INC. ("ELITE") is and has at all relevant times herein been, a California corporation, with its principal business office in the County of Monterey, State of California.  ELITE is in the business of growing, harvesting, marketing and selling perishable agricultural commodities in interstate commerce to buyers of produce, and is licensed under PACA by the United States Department of Agriculture PACA Branch ("PACA Branch") pursuant to PACA License No. 20110756.  In addition, ELITE is a California dealer of farm products, and is subject to licensure by the California Department of Food & Agriculture Market Enforcement Branch, and to the provisions of the California Food and Agricultural Code ("FAC").

6.     On information and belief, Defendant RICHARD ESCAMILLA, SR. ("RICHARD, SR."), an individual, was at all relevant times herein, a manager and/or direct or indirect owner of ELITE, who as such, has transacted and done business in the County of Monterey, State of California.

7.     On information and belief, Defendant JOSE ESCAMILLA ("JOSE"), an individual, was at all relevant times herein, a manager and/or direct or indirect owner of ELITE, who as such, has transacted and done business in the County of Monterey, State of California.  Further, JOSE is the reported principal on ELITE's PACA license.

8. On information and belief, Defendant JOHN CREIGHTON ("JOHN"), an individual, was at all relevant times herein, a manager and/or direct or indirect owner of ELITE, who as such, has transacted and done business in the County of Monterey, State of California.

9. On information and belief, Defendant STEPHEN WYRICK ("STEPHEN"), an individual, was at all relevant times herein, a manager and/or direct or indirect owner of ELITE, who as such, has transacted and done business in the County of Monterey, State of California.

10. On information and belief, Defendant KENT CURLEY ("KENT"), an individual, was at all relevant times herein, a manager and/or direct or indirect owner of ELITE, who as such, has transacted and done business in the County of Monterey, State of California.

11. On information and belief, Defendant DAVID GATTIS ("DAVID"), an individual, was at all relevant times herein, a manager and/or direct or indirect owner of ELITE, who as such, has transacted and done business in the County of Monterey, State of California.

12. On information and belief, Defendant AMBER RIGOR ("AMBER"), an individual, was at all relevant times herein, a manager and/or direct or indirect owner of ELITE, who as such, has transacted and done business in the County of Monterey, State of California.

13. On information and belief, Defendant RICHARD ESCAMILLA, JR. ("RICHARD, JR."), an individual, was at all relevant times herein, a manager and/or direct or indirect owner of ELITE, who as such, has transacted and done business in the County of Monterey, State of California.

14. Defendants RICHARD, SR., JOSE, JOHN, STEPHEN, KENT, DAVID, AMBER and RICHARD, JR. are referred to collectively herein as the "RESPONSIBLY CONNECTED PARTIES".

15. Defendant ELITE and the RESPONSIBLY CONNECTED PARTIES are hereinafter referred to collectively as the "DEFENDANTS".

**GENERAL ALLEGATIONS CONCERNING RESPONSIBLY CONNECTED PARTIES**

16. On information and belief, the RESPONSIBLY CONNECTED PARTIES are and at all relevant times herein have been, insiders of Defendant ELITE, with actual and/or constructive knowledge of the provisions of the PACA, the PACA trust requirements and the provisions set forth therein, and who are and/or were during all times relevant herein, responsible for the daily management and control of Defendant ELITE, and who are and/or were during all relevant times herein, statutory

1  trustees under PACA, and in a position to control the PACA trust assets that are the subject of this

2  lawsuit. In addition, the RESPONSIBLY CONNECTED PARTIES are and/or were at all relevant

3  times herein, responsible for the daily management and control of Defendant ELITE, and therefore

4  responsible for the compliance by Defendant ELITE with its fiduciary obligations to AFCM.

5       17.    On information and belief, Defendant ELITE has ceased using the accounts receivable

6  that are being collected by ELITE from the sale of perishable agricultural commodities to pay the

7  PACA debts owed to AFCM, which are described below. Instead, such accounts receivable are being

8  used to pay debts owed to unknown third parties who are not PACA trust beneficiaries, and/or are being

9  transferred to the RESPONSIBLY CONNECTED PARTIES. Such actions constitute a diversion of

10  PACA trust assets in violation of applicable law.

11       18.    The trust provisions of the PACA, 7 U.S.C. 499e(c), provide that upon receipt of

12  perishable agricultural commodities by ELITE, AFCM became the beneficiary of a floating, non-

13  segregated statutory trust on all of ELITE's perishable agricultural commodities, all inventories of food

14  or other products derived from perishable agricultural commodities, and all receivables or proceeds

15  from the sale of such perishable agricultural commodities or other products or assets derived therefrom.

16  The beneficiary of a PACA trust is entitled to priority as to all PACA trust assets of the Defendant

17  ELITE, ahead of administrative expenses, claims for attorneys' fees, and all claims of creditors,

18  including those with valid security interests.

19       19.    A party who receives trust funds, knowing that there has been a breach of trust under

20  PACA, does so at his or her own peril. Only a bona fide purchaser for value without notice of the

21  breach of trust may keep trust funds so transferred. The RESPONSIBLY CONNECTED PARTIES do

22  not fall within such category, and must refund any such trust monies received.

23       20.    On information and belief, one or more of the RESPONSIBLY CONNECTED

24  PARTIES received monies which arose from Defendant ELITE's business revenues, or from ELITE's

25  accounts receivable, which would be a part of the PACA trust and recoverable from one or more of the

26  RESPONSIBLY CONNECTED PARTIES.

27       **FIRST CAUSE OF ACTION**

28       **(By AFCM for Breach of Contract Against Defendant ELITE)**

21.    Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

22.    At all relevant times herein, ELITE was engaged in the handling of produce in interstate commerce as a commission merchant, dealer, and/or broker, subject to the provisions of the PACA and the regulations promulgated by the United States Secretary of Agriculture pursuant to the PACA, under PACA License No. 20110756.

23.    On or about late October/early November of 2010, AFCM and ELITE entered into an oral joint growing agreement (the "Agreement") whereby AFCM and ELITE agreed to jointly participate in the growing of approximately 130 acres of crops (the "Crops") for the 2010/2011 farming season in Imperial Valley, California.  In addition, ELITE agreed to harvest, market and sell the Crops and then ELITE agreed to distribute the proceeds from the sale of the Crops to AFCM, based on its ownership interest in the Crops.   A true and correct copy of an email from STEPHEN, a RESPONSIBLY CONNECTED PARTY, dated November 1, 2010 acknowledging the basic terms of the split of responsibilities of the parties for growing the Crops pursuant to the Agreement is attached hereto as **Exhibit "A"** and incorporated herein by reference.  As indicated in the Agreement, ELITE was to provide "Harrow/Perfecta, Mulching, Planting, Lettuce and greens seed, Cultivating, Weeding and Minimum Till (after the first harvest)," and AFCM was to provide "Rent, Water, Pipe, Deep work to list, Listing, Spinach seeds, Chemicals, Fertilizer."

24.    AFCM has fully performed all of its duties and obligations under the Agreement. Upon information and belief, ELITE harvested, marketed, sold and delivered the Crops to its customers, and the customers of ELITE took  possession and delivery of all of the Crops which were the subject of the Agreement without complaint.  Upon information and belief, ELITE subsequently received payment in full for all such Crops from the customers to which the Crops were marketed and sold.

25.    ELITE breached the Agreement by failing to make the promised payments to AFCM for AFCM's portion of the shared Crop proceeds, based on AFCM's ownership interest in the Crops evidenced by its contributions to growing costs.

26.    AFCM has repeatedly requested that ELITE perform its duties and obligations under the Agreement and under the PACA, yet ELITE has and continues to refuse to do so.  In addition, on July

26, 2011, AFCM sent a written notice of intent to preserve PACA trust benefits in accordance with the provisions of 7 U.S.C. § 499e(c) and 7 CFR 46.46.

27.     As a direct and proximate result of ELITE's failure to remit payments to AFCM, as of the date of this Complaint, there was due and owing, and unpaid from ELITE to AFCM the sum of $167,188.43 for the Crops, plus interest, plus attorneys' fees and costs, according to proof.  A sales report (the "Sales Report") setting forth the principal amount owed to AFCM for the Crops is attached hereto as **Exhibit "B"** and incorporated herein by reference.  In addition, in breaching its obligations to pay AFCM for the Crops in accordance with the terms of the Agreement, ELITE has violated the provisions of FAC §§56302 and 56603 requiring ELITE to make timely payments for farm products. Therefore, AFCM is also entitled to recover penalties due according to proof under FAC §56620, which permits AFCM to recover "a late charge of 5 percent per month of the unpaid balance calculated on a daily basis for the period of the delinquency for the first month and an additional 1 percent per month of the unpaid balance calculated on a daily basis for the remaining period of the delinquency" (herein referred to as  the "FAC Penalties").

## SECOND CAUSE OF ACTION

### (By Plaintiff AFCM For Breach of Contract Against Defendant ELITE)

28.     Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

29.     Pursuant to the terms of the Agreement, ELITE was required to provide weeding services in connection with the growing of the Crops.  In accordance therewith, ELITE hired Martin G. Velasquez, dba Vel Packer ("Vel Packer") to provide weeding services for the Crops.  AFCM referred Vel Packer to ELITE to provide weeding services for ELITE.

30.     Between January 2011 and March 2011, ELITE and Vel Packer entered into written agreements whereby Vel Packer agreed to provide weeding services to ELITE for the Crops, and ELITE agreed to pay Vel Packer the sums set forth below as consideration therefore. These agreements for Vel Packer to provide ELITE with weeding services were memorialized in writing in invoices (the "Vel Packer Invoices"), true and correct copies of which are attached hereto as **Exhibit "C"** and incorporated herein by reference.

31.     Effective as of August 31, 2011, Vel Packer assigned, and AFCM accepted the assignment of, all of Vel Packer's  rights, title, and interest to collect the monies due to Vel Packer pursuant to the Vel Packer Invoices (the "Assignment").  A true and correct copy of the Assignment is attached hereto as **Exhibit "D"** and incorporated herein by reference.

32.     Vel Packer performed all conditions, covenants and promises required by it on its part to be performed in accordance with the terms and conditions of the Vel Packer Invoices relating to the weeding services provided by Vel Packer to ELITE.

33.     Defendant ELITE breached its written agreements with Vel Packer by failing and refusing to pay to Vel Packer the full amounts owed to Vel Packer pursuant to the terms of the Vel Packer Invoices, although the same is now past due.  Although repeated demand for payment of said sums has been made upon ELITE  by Vel Packer and AFCM, no part thereof has been paid.

34.     As a direct and proximate result of ELITE's failure to remit the payments owed pursuant to the Vel Packer Invoices, as of the date of this Complaint, there was due and owing, and unpaid from ELITE  to AFCM, as the assignee of Vel Packer, the sum of $122,005.60, plus interest, attorneys' fees and costs, to be determined according to proof.

### THIRD CAUSE OF ACTION

**(By Plaintiff FFO For Breach of Contract Against Defendants ELITE; JOHN; and RICHARD, SR.)**

35.     Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

36.     Between March 2011 and June 2011, ELITE and FFO entered into written agreements whereby FFO agreed to sell produce packaging (the "Packaging") to ELITE, and ELITE  agreed to pay FFO the sums set forth below as consideration therefore.  These agreements for ELITE to purchase the Packaging from FFO were memorialized in writing in invoices (the "FFO Invoices"), true and correct copies of which are attached hereto as **Exhibit "E"** and incorporated herein by reference.  As indicated on the FFO Invoices, in the event that the FFO Invoices were not paid in full within 30 days of the date of the FFO Invoice, a late charge of 1.5% per month would be applied.

37.   FFO performed all conditions, covenants and promises required by it on its part to be performed in accordance with the terms and conditions of the FFO Invoices relating to the Packaging sold by FFO to ELITE.

38.   On October 7, 2010, prior to FFO selling the Packaging to ELITE, JOHN, a RESPONSIBLY CONNECTED PARTY, executed a Terms of Credit Sales and Agreement for the benefit of FFO as an "owner" of ELITE (the "Credit Agreement").   A true and correct copy of the Credit Agreement is attached hereto as **Exhibit "F"** and incorporated herein by reference.   The Credit Agreement provided for a personal guaranty by JOHN to pay for the Packaging in the event that ELITE failed to do so.   The Credit Agreement further provided that in the event that the Packaging was not paid for within 30 days of the date of the FFO Invoice, a late charge of 1.5% per month would be applied.   Further, the Credit Agreement stated that in the event that FFO was required to initiate legal action in order to collect the amounts owed pursuant to the FFO Invoices, FFO would be entitled to recover its attorneys' fees and costs.

39.   In addition, on or about June 3, 2011, RICHARD, SR., a RESPONSIBLY CONNECTED PARTY, personally orally agreed to a payment plan to pay off the amount owed by ELITE to FFO pursuant to the FFO Invoices by making weekly payments of $9,827.74 to FFO via cashier's check.   This oral agreement was memorialized in writing by FFO via email sent by FFO to RICHARD, SR. on June 3, 2011, a true and correct copy of which is attached hereto as **Exhibit "G"**. Although payment was initially made pursuant to such oral agreement, FFO has not received a weekly payment since June 13, 2011.

40.   Defendants ELITE, JOHN and RICHARD, SR. have breached their written and oral agreements with FFO by failing and refusing to pay to FFO the full amounts owed to FFO pursuant to the terms of the FFO Invoices, although the same is now past due.   Although repeated demand for payment of said sums has been made upon ELITE, JOHN and RICHARD, SR. by FFO, no part thereof has been paid.

41.   As a direct and proximate result of ELITE, JOHN and RICHARD, SR.'s failure to remit payments due to FFO pursuant to the FFO Invoices, as of the date of this Complaint, there was due and

owing, and unpaid from ELITE, JOHN and RICHARD, SR. to FFO the sum of $47,303.95, plus late charges, attorneys' fees and costs, in an amount to be determined according to proof.

### FOURTH CAUSE OF ACTION

**(By Plaintiff AFCM, For Breach of Contract Against Defendant ELITE and RICHARD, SR.)**

42.     Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

43.     AFCM rented irrigation pipe (the "Pipe") from the owner of the Pipe, which Pipe was used to water the Crops being jointly grown by AFCM with Elite.

44.     During the time period between November 2010 and March 2011, while Elite was harvesting the Crops, a worker for ELITE ran over portions of the Pipe with a vehicle and/or a tractor, causing serious damage to the Pipe.  True and correct copies of photographs taken by AFCM showing the damage caused to the Pipe by ELITE's harvest worker are attached hereto as **Exhibit "H"** and incorporated herein by reference.

45.     On or about May 17, 2011, RICHARD, SR. verbally acknowledged that ELITE was at fault for the damages caused to the Pipe and agreed that RICHARD SR. and ELITE would be responsible to pay for the damages caused to the Pipe by ELITE's harvest worker.  To date, AFCM has not received any such payment to repair the damages caused to the Pipe by ELITE's harvest worker.  Attached hereto as **Exhibit "I"** and incorporated herein by reference is an estimate prepared by Water Tech Ag Supply which states that the estimate to repair and/or replace the Pipe will be approximately $5,197.50, plus tax.

46.     Defendants ELITE and RICHARD, SR. breached their oral agreements with AFCM by failing and refusing to pay AFCM for the damages caused to the Pipe by ELITE's harvest worker.  Although repeated demands for payment of said sum has been made upon ELITE and RICHARD, SR. by AFCM, no part thereof has been paid.

47.     As a direct and proximate result of ELITE and RICHARD, SR.'s failure to remit payments due to AFCM for the damages caused to the Pipe by ELITE's harvest worker, as of the date of this Complaint, there was due and owing, and unpaid from ELITE and RICHARD, SR. to AFCM the

approximate sum of $5,197.50, plus tax, interest, attorneys' fees and costs, in an amount to be determined according to proof.

## FIFTH CAUSE OF ACTION

### (By Plaintiffs AFCM and FFO, for Accounts Stated Against Defendant ELITE)

48.     Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

49.     Plaintiffs have repeatedly sent to ELITE Invoices in which the accounts were stated in writing between AFCM and ELITE and between FFO and ELITE, with a balance of $167,188.43 shown due to AFCM from ELITE for the Crops pursuant to the Agreement, with a balance of $122,005.60 shown due to AFCM for the Vel Packer Invoices, as assignee of Vel Packer, and with a balance of $47,303.95 shown due to FFO for the FFO Invoices.  Although demanded by AFCM and FFO from ELITE, no part of these balances have been paid.

50.     As of the date of this Complaint, there was due and owing, and unpaid from ELITE to AFCM the sum of $167,188.43 for the Crops pursuant to the Agreement, plus interest, FAC Penalties, attorneys' fees and costs, according to proof.

51.     As of the date of this Complaint, there was due and owing, and unpaid from ELITE to AFCM the sum of $122,005.60 for the Vel Packer Invoices, as an Assignee of Vel Packer, plus interest, attorneys' fees and costs, according to proof.

52.     As of the date of this Complaint, there was due and owing, and unpaid from ELITE to FFO the sum of $47,303.95 for the FFO Invoices, plus late charges, attorneys' fees and costs, according to proof.

## SIXTH CAUSE OF ACTION

### (By Plaintiffs AFCM and FFO, for Open Book Account Against Defendant ELITE)

53.     Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

54.     On the dates and in the amounts set forth in the Sales Report, in the Vel Packer Invoices and in the FFO Invoices, Defendant ELITE became indebted to AFCM and FFO for said amounts as the

reasonable value of the Crops, labor services and Packaging furnished to ELITE, at its specific instance and request.

55.     Although demanded by AFCM from ELITE, the balance on said open book account has not been paid.  As of the date of this Complaint, there was due and owing, and unpaid from ELITE to AFCM the sum of $167,188.43 for the Crops pursuant to the Agreement, plus interest, FAC Penalties, attorneys' fees and costs, according to proof.

56.     Although demanded by AFCM from ELITE, the balance on said open book account has not been paid.  As of the date of this Complaint, there was due and owing, and unpaid from ELITE to AFCM the sum of $122,005.60 for the Vel Packer Invoices, as an Assignee of Vel Packer, plus interest, attorneys' fees and costs, according to proof.

57.     Although demanded by FFO from ELITE, the balance on said open book account has not been paid.  As of the date of this Complaint, there was due and owing, and unpaid from ELITE  to FFO the sum of $47,303.95 for the FFO Invoices, plus late charges, attorneys' fees and costs, according to proof.

## SEVENTH CAUSE OF ACTION

**(By Plaintiff AFCM For Enforcement of the PACA Trust Provisions & Disgorgement Against All DEFENDANTS)**

58.     Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

59.     During the 2010/2011 farming season, pursuant to the Agreement, AFCM jointly grew the Crops with ELITE, for ELITE to harvest, market, sell and deliver the Crops to the customers of ELITE in the course of interstate commerce, which Crops were perishable agricultural commodities. ELITE agreed to pay AFCM the total sum of not less than $167,188.43 from the sale of the Crops, for AFCM's interest in the Crops pursuant to the Agreement.

60.     All of the Crops that AFCM grew were of the kind, quality, grade and size called for under the terms of the Agreements between the parties.

61.     On information and belief, all of the customers of ELITE have accepted and paid for the Crops, but ELITE has failed and refused to pay AFCM any portion of the agreed sums for said

1   commodities, leaving a balance due to AFCM in the sum of at least $167,188.43, together with interest

2   from the date payment was due, FAC Penalties, attorneys' fees and costs of this lawsuit, as determined

3   according to proof.

4       62.    The PACA trust provisions, 7 U.S.C. §499e(c), provide that upon receipt of the Crops by

5   ELITE, AFCM became the beneficiary of a floating, non-segregated statutory trust on all of ELITE's

6   perishable agricultural commodities, all inventories of food or other products derived from perishable

7   agricultural commodities, and all receivables or proceeds from the sale of such perishable agricultural

8   commodities or other products.

9       63.    AFCM has performed and fulfilled all duties required by the PACA trust provisions to

10  preserve its PACA trust benefits in the amount alleged in this Complaint to be due and owing from

11  ELITE (7 U.S.C. §499e(c)(1)-(4)).  As a result, AFCM holds a perfected interest as a statutory trust

12  beneficiary in the PACA trust assets held by or previously held by ELITE. Indeed, the PACA trust assets

13  are not, and never became, the property of ELITE.  Rather, as the beneficiary of the PACA trust, AFCM

14  holds equitable title to the trust assets, including all inventories of perishable agricultural commodities,

15  and all assets purchased with or maintained by the proceeds from the sale of perishable agricultural

16  commodities.

17      64.    The PACA trust requires and required ELITE to hold and to preserve all perishable

18  agricultural commodities, proceeds and receivables in trust for the benefit of AFCM until full payment is

19  made to AFCM.  On information and belief, ELITE has failed to maintain the trust assets and to keep

20  them available to satisfy ELITE's obligations to AFCM.

21      65.    AFCM is informed and believes and thereon alleges that ELITE improperly dissipated

22  AFCM's interest in the trust assets by failing to maintain the trust, and by using the trust assets for

23  purposes other than for paying AFCM, all in violation of the PACA, 7 U.S.C. §§499b(4) and 499e(c).

24      66.    As a direct and proximate cause and result of the wrongful acts and omissions of ELITE,

25  AFCM has suffered the loss of at least $167,188.43, together with accrued interest, FAC Penalties,

26  attorney's fees and costs in an amount to be determined according to proof.

27

28

67.     ELITE must immediately account to AFCM for all PACA trust assets currently in ELITE's possession, and must immediately disgorge them to AFCM until full payment for the perishable agricultural commodities sold and shipped to ELITE has been made to AFCM.

## EIGHTH CAUSE OF ACTION

**(By Plaintiff AFCM, For Violations of the PACA– Failure to Account and Pay Promptly and the FAC–Failure to Make Timely Payment Against All DEFENDANTS)**

68.     Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

69.     AFCM has repeatedly demanded that ELITE and the RESPONSIBLY CONNECTED PARTIES pay the amounts due to AFCM stated above, for perishable agricultural commodities jointly grown by AFCM and ELITE, and harvested, marketed, sold and delivered by ELITE to its customers, as described above.  Despite these demands, ELITE and the RESPONSIBLY CONNECTED PARTIES have failed and refused to truly, correctly, and accurately account for and make full payment to AFCM for the Crops.  Therefore, ELITE has failed to perform the requirements of the Agreement with AFCM, express and implied, and has breached its duty to account and pay for the Crops sold, and has diverted PACA trust assets, all in violation of the PACA, 7 U.S.C. §§499e et seq., and all other pertinent regulations issued by the Secretary of Agriculture to the PACA.  Accordingly, ELITE and the RESPONSIBLY CONNECTED PARTIES have breached their duties to account for any PACA trust assets they have received from ELITE, and have diverted PACA trust assets to themselves and/or to other third parties, resulting in the failure to pay the PACA trust assets to the rightful owner, AFCM, the PACA trust beneficiary, all in violation of the provisions of the PACA, and other pertinent regulations issued by the Secretary of Agriculture pursuant to the PACA.

70.     In addition, ELITE's failure to pay for the Crops (which constitute farm products under the FAC) in the time and manner specified in the Agreement, is a violation of FAC §§56302 and 56603.

71.     As a direct and proximate cause and result of the wrongful acts and omissions of ELITE and the RESPONSIBLY CONNECTED PARTIES, as alleged above, AFCM has suffered losses in the amount of at least $167,188.43 for the Crops, due and owing to AFCM from the sale of perishable agricultural commodities, which sum has been wrongfully withheld or diverted by ELITE and the

1  RESPONSIBLY CONNECTED PARTIES, plus interest, FAC Penalties, attorneys' fees and costs,
2  according to proof.

### NINTH CAUSE OF ACTION

#### (By Plaintiff AFCM, Conversion Against All DEFENDANTS)

72.     Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

73.     At all times relevant herein, AFCM was and is entitled to possession of the specific sums as alleged herein in the total amount of at least  $167,188.43 for the Crops pursuant to the Agreement, plus interest, attorneys' fees and costs, according to proof.

74.     Since the Crops were sold by ELITE, and continuing thereafter, AFCM has repeatedly demanded the immediate turnover by ELITE and the RESPONSIBLY CONNECTED PARTIES of the above-mentioned sums as they became due, but ELITE and the RESPONSIBLY CONNECTED PARTIES have failed and refused, and continue to fail and refuse, to turn over such sums of money to AFCM.  On information and belief, ELITE and the RESPONSIBLY CONNECTED PARTIES have diverted payments of accounts receivable, assets of the PACA trust, and monies due and owing to AFCM to themselves and/or to other third parties.

75.     As a direct and proximate result of the aforementioned wrongful acts of ELITE and the RESPONSIBLY CONNECTED PARTIES, AFCM  has suffered losses in the amount of at least $167,188.43 for the Crops pursuant to the Agreement, plus interest, FAC Penalties, attorneys' fees and costs, according to proof.  In addition, in doing and omitting to do the foregoing, ELITE and the RESPONSIBLY CONNECTED PARTIES, and their officers, directors and/or managing agents, were guilty of malice, fraud, and oppression, and therefore, AFCM is entitled to an award of punitive and exemplary damages according to proof.

### TENTH CAUSE OF ACTION

#### (By Plaintiff AFCM, for Unjust Enrichment Against All DEFENDANTS)

76.     Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

77.     On information and belief, ELITE received all of the rights and benefits due to ELITE pursuant to the Invoices, but failed to meet its obligations to AFCM pursuant to the Agreement, and did not remit to AFCM all of the amounts due to AFCM for the Crops jointly grown by AFCM and ELITE and sold by ELITE pursuant to the Agreement.   On information and belief, ELITE and the RESPONSIBLY CONNECTED PARTIES transferred or diverted all or a portion of the trust assets, namely receivables or proceeds derived from the sale of the Crops, to the RESPONSIBLY CONNECTED PARTIES and/or to an unknown party or parties in violation of the statutory duties of ELITE and the RESPONSIBLY CONNECTED PARTIES under the PACA to preserve the trust assets for the benefit of AFCM.  Said transfers of trust assets were made while ELITE and the RESPONSIBLY CONNECTED PARTIES  had actual and/or constructive notice of AFCM's PACA trust claims and ELITE's obligations to AFCM.   ELITE and the RESPONSIBLY CONNECTED PARTIES have converted, for their own use and benefit, the Crops jointly grown by ELITE and AFCM, and/or the proceeds derived therefrom, valued in the cumulative amount of at least  $167,188.43.

78.     If ELITE and the RESPONSIBLY CONNECTED PARTIES are allowed to continue to convert and/or use such Crops and/or proceeds derived therefrom, they will be unjustly enriched to the detriment of AFCM.

79.     As a direct and proximate result of the wrongful conversion of funds due to AFCM, AFCM  has been damaged and ELITE and the RESPONSIBLY CONNECTED PARTIES have been unjustly enriched in the cumulative amount of at least $167,188.43, plus such other amounts to be determined according to proof, including without limitation, interest, FAC Penalties, attorneys' fees and costs.

## ELEVENTH CAUSE OF ACTION

### (By Plaintiff AFCM, for Constructive Trust/Disgorgement Against All Defendants)

80.     Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

81.     AFCM is informed and believes and thereon alleges that ELITE and the RESPONSIBLY CONNECTED PARTIES induced AFCM to enter into the Agreement to jointly grow the Crops with ELITE, which Crops were to be harvested, marketed, sold and delivered by ELITE to its customers.

82.   AFCM is informed and believes and thereon alleges that ELITE and/or the RESPONSIBLY CONNECTED PARTIES took such action and made such promises with the intent to defraud AFCM and to induce AFCM to grow perishable agricultural commodities jointly with ELITE, and thereby acquire and keep such property and the sales proceeds derived therefrom for their own use, without remitting to AFCM the portion of the sales proceeds owed to AFCM.

83.   AFCM is informed and believes and thereon alleges that at the time of such acts and promises by ELITE and/or the RESPONSIBLY CONNECTED PARTIES as alleged herein, AFCM was unaware of their secret intentions and therefore acted reasonably in relying on their acts and promises, and that if AFCM had known of their secret intention not to perform, AFCM would not have acted in reliance upon their promises, and would not have entered into the Agreement to jointly grow the Crops with ELITE.

84.   On information and belief, ELITE and the RESPONSIBLY CONNECTED PARTIES transferred or diverted all or a portion of the trust assets, namely receivables or proceeds derived from the sale of produce, to the RESPONSIBLY CONNECTED PARTIES and/or to an unknown party or parties, in violation of the statutory duties of ELITE and the RESPONSIBLY CONNECTED PARTIES under the PACA to preserve the trust assets for the benefit of AFCM. Said transfers of trust assets were made while ELITE and the RESPONSIBLY CONNECTED PARTIES had actual and/or constructive notice of AFCM's PACA trust claims and ELITE's obligations to AFCM. ELITE and the RESPONSIBLY CONNECTED PARTIES have converted for their own use and benefit, the Crops, and/or the proceeds derived therefrom, valued in the cumulative amount of at least $167,188.43.

85.   AFCM is further informed and believes and thereon alleges that ELITE and the RESPONSIBLY CONNECTED PARTIES are in possession of PACA trust assets rightfully belonging to AFCM and in which AFCM has a beneficial interest, consisting of cash on deposit, inventory of perishable agricultural commodities, accounts receivable, the proceeds of sale therefrom, and/or other property which was acquired through the use of PACA trust assets.

86.   AFCM has demanded the immediate turnover of all such PACA trust assets in the possession of ELITE and the RESPONSIBLY CONNECTED PARTIES however, ELITE and the

1    RESPONSIBLY CONNECTED PARTIES have failed and refused, and continue to fail and refuse, to

2    turnover said PACA trust assets to AFCM.

3         87.    By virtue of AFCM's status as a PACA trust beneficiary and by virtue of the possession

4    of PACA trust assets described herein by ELITE and/or the RESPONSIBLY CONNECTED PARTIES,

5    then ELITE and/or the RESPONSIBLY CONNECTED PARTIES hold such PACA trust assets in trust

6    as constructive trustees for AFCM's benefit.

7         88.    AFCM does not know the specific value of the PACA trust assets held by each of ELITE

8    and/or the RESPONSIBLY CONNECTED PARTIES, and therefore a full accounting is necessary to

9    determine the scope, extent, and value of PACA trust assets being held by ELITE and/or the

10   RESPONSIBLY CONNECTED PARTIES.

11        89.    AFCM is informed and believes and thereon alleges that ELITE and/or the

12   RESPONSIBLY CONNECTED PARTIES hold monies, inventory, accounts receivable, and/or other

13   PACA trust assets belonging to AFCM in the cumulative amount of at least $167,188.43, as constructive

14   trustees for the benefit of AFCM.

15                        **TWELFTH CAUSE OF ACTION**

16            **(By Plaintiff AFCM, for Declaratory Relief Against All Defendants)**

17        90.    Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing

18   paragraphs, as if set forth in full herein.

19        91.    An actual controversy has arisen and now exists relating to the rights and duties of the

20   parties in that AFCM contends that the PACA requires ELITE and/or the RESPONSIBLY

21   CONNECTED PARTIES to preserve and to immediately surrender sufficient PACA trust assets to pay

22   AFCM in full for the Crops.  ELITE and the RESPONSIBLY CONNECTED PARTIES have failed

23   and/or otherwise refused to acknowledge and to act on their obligations under the PACA trust provisions

24   and/or to recognize AFCM's priority interest in the trust assets held by ELITE and the RESPONSIBLY

25   CONNECTED PARTIES, or to otherwise acknowledge the validity of the statutory trust provisions.

26        92.    AFCM  seeks an Order of this Court declaring that its PACA trust claim is superior to

27   and has priority over all claims that ELITE and/or the RESPONSIBLY CONNECTED PARTIES may

28   assert to the accounts receivable, inventory, proceeds and other property of ELITE, which is the subject

of the PACA trust provisions, except those rights of any other properly perfected PACA trust creditors, to the extent such receivables, inventory, proceeds and other property constitute the corpus of the PACA trust funds of which AFCM is a beneficiary. AFCM will show that any perfected security interest that a third party might have who is not a PACA trust beneficiary in ELITE's accounts receivable, inventory, or proceeds is secondary and specifically avoidable, as a matter of law, to satisfy payments to PACA trust beneficiaries, including AFCM.

93.    Further, AFCM seeks a declaratory judgment from this Court establishing (1) that the PACA trust funds never became the property of ELITE and/or the RESPONSIBLY CONNECTED PARTIES; (2) that AFCM's trust claim under the PACA is superior to and takes priority over any secured and unsecured claims of any third party (other than other PACA trust beneficiaries), to ELITE's accounts receivable, inventory, and the proceeds thereof; and (3) that only funds in excess of the trust funds necessary to pay the PACA trust claimants are property of ELITE and/or the RESPONSIBLY CONNECTED PARTIES, and thus possibly subject to a third party's liens or claims, if such are established.

## THIRTEENTH CAUSE OF ACTION

### (By Plaintiff AFCM, for Injunctive Relief Against All DEFENDANTS)

94.    Plaintiffs reallege and incorporate by reference all allegations contained in the foregoing paragraphs, as if set forth in full herein.

95.    Pursuant to the provisions of the PACA, specifically 7 U.S.C. § 499e(c), perishable agricultural commodities received by a commission merchant, broker or dealer in all transactions and all inventories or other products derived from these products are held in trust by the receiver for the benefit of unpaid suppliers until such suppliers receive full payment of sums owed in connection with such transactions.

96.    On numerous occasions AFCM has demanded that DEFENDANTS pay the balance due to AFCM in the amount alleged in this Complaint, but DEFENDANTS have failed and refused, and continue to fail and refuse, to remit payment to AFCM for the Crops that AFCM jointly grew with ELITE, and ELITE sold.

97.     AFCM believes and thereon alleges that Defendant ELITE is failing to pay its undisputed debts, including ELITE's PACA trust debt, as those debts become due.  AFCM is further informed and believes, and thereon alleges, that as a result of this failure, the PACA trust assets are dissipating and will continue to dissipate unless DEFENDANTS are restrained from further dissipation by order of this Court.

98.     Pursuant to the terms of the PACA trust, and pursuant to Defendants' fiduciary duty owed to AFCM, both under federal and California law, DEFENDANTS owed a duty to transfer to AFCM the sums owed to AFCM for the Crops which are the subject of this Complaint.

99.     AFCM is informed and believes and thereon alleges that DEFENDANTS have dissipated, diverted and will continue to dissipate and divert assets, which are due and owing to AFCM, either to themselves or to third parties, or will dissipate, conceal or otherwise make such assets unavailable if a noticed hearing seeking injunctive relief is required.

100.     If such diversion of assets is allowed to continue, AFCM will suffer great and irreparable harm in that the PACA trust assets will not be preserved, and AFCM will have difficulty or be unable to pay its own creditors. Moreover, AFCM will suffer great and irreparable harm if all PACA trust assets held by DEFENDANTS for the benefit of AFCM, and other similarly situated PACA trust creditors, are dissipated and are forever lost to such creditors.

101.     Therefore, AFCM will request that this Court enter an ex parte order for injunctive relief to compel DEFENDANTS to immediately account to the Court and to AFCM for all assets of the PACA trust from commencement of Defendant ELITE's business through the date of the order and to compel DEFENDANTS to turnover sufficient PACA trust assets until all PACA trust creditors are paid in full. In the alternative, AFCM requests that this Court enter a temporary restraining order directing that DEFENDANTS, DEFENDANTS' officers, directors, shareholders, members, managers, bankers, attorneys, agents, or any other person acting on DEFENDANTS' behalf not disburse, transfer or otherwise dissipate the PACA trust assets, that they provide a complete accounting pending a hearing on AFCM's Application for Injunctive Relief, and that they comply with PACA and the California Food & Agricultural Code.

102.   AFCM is informed and believes and thereon alleges that DEFENDANTS will not be damaged or injured in any way by the requested relief because the assets they hold are statutorily required to be held in trust by DEFENDANTS for the benefit of AFCM, and other similarly situated PACA trust creditors, until they receive full payment. Thus, to the extent that DEFENDANTS' assets are secured by the PACA trust, such assets rightfully belong to AFCM and must be paid immediately to AFCM.

WHEREFORE, AFCM prays for judgment as follows:

**FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT (BROUGHT BY AFCM AGAINST ELITE):**

1.   For actual damages in the sum of at least $167,188.43, as against ELITE;

2.   For pre-judgment interest through the date of judgment, and post-judgment interest thereon at the highest rate allowed by law, according to proof;

3.   For statutory late charges at the rate of 5 percent per month of the unpaid balance calculated on a daily basis for the period of the delinquency for the first month and an additional 1 percent per month of the unpaid balance calculated on a daily basis for the remaining period of the delinquency," under FAC §56620 (the "FAC Penalties"), according to proof;

4.   For costs of suit, including reasonable attorneys' fees, according to proof; and

5.   For such other and further relief as the court may deem proper.

**SECOND CAUSE OF ACTION FOR BREACH OF CONTRACT (BROUGHT BY AFCM AGAINST ELITE):**

1.   For damages against ELITE in the total amount of at least $122,005.60;

2.   For pre-judgment interest through the date of judgment, and post-judgment interest thereon at the highest rate allowed by law, according to proof;

3.   For costs of suit, including reasonable attorneys' fees, according to proof; and

4.   For such other and further relief as the court may deem just and proper.

**THIRD CAUSE OF ACTION FOR BREACH OF CONTRACT (BROUGHT BY FFO AGAINST ELITE; JOHN; AND RICHARD, SR.):**

1.   For damages against ELITE; JOHN; AND RICHARD, SR. in the total amount of at least $47,303.95;

1       2.       For pre-judgment late charges through the date of judgment, and post-judgment interest

2   thereon at the highest rate allowed by law, according to proof;

3       3.       For costs of suit, including reasonable attorneys' fees, according to proof; and

4       4.       For such other and further relief as the court may deem just and proper.

5   **FOURTH CAUSE OF ACTION FOR BREACH OF CONTRACT (BROUGHT BY AFCM AGAINST ELITE AND RICHARD, SR.):**

6       1.       For damages against ELITE in the total amount of at least $5,197.50, plus tax, as

7   determined according to proof;

8       2.       For pre-judgment interest through the date of judgment, and post-judgment interest

9   thereon at the highest rate allowed by law, according to proof;

10      3.       For costs of suit, including reasonable attorneys' fees, according to proof; and

11      4.       For such other and further relief as the court may deem just and proper.

12  **FIFTH CAUSE OF ACTION FOR ACCOUNTS STATED (BROUGHT BY AFCM AND FFO AGAINST ELITE):**

13

14      1.       For damages against ELITE in the amount of at least $167,188.43 (AFCM for the Crops),

15  $122,005.60 (AFCM for the Vel Packer Invoices), and $47,303.95 (FFO for the FFO Invoices);

16      2.       For pre-judgment interest and/or late charges, as applicable, through the date of judgment,

17  and post-judgment interest thereon at the highest rate allowed by law, according to proof;

18      3.       For the FAC Penalties according to proof for the Crops;

19      4.       For costs of suit, including reasonable attorneys' fees, according to proof; and

20      5.       For such other and further relief as the court may deem just and proper.

21  **SIXTH CAUSE OF ACTION FOR OPEN BOOK ACCOUNT (BROUGHT BY AFCM AND FFO AGAINST ELITE):**

22      1.       For damages against ELITE in the amount of at least $167,188.43 (AFCM for the Crops),

23  $122,005.60 (AFCM for the Vel Packer Invoices), and $47,303.95 (FFO for the FFO Invoices);

24      2.       For pre-judgment interest and/or late charges, as applicable, through the date of judgment,

25  and post-judgment interest thereon at the highest rate allowed by law, according to proof;

26      3.       For the FAC Penalties according to proof for the Crops;

27      4.       For costs of suit, including reasonable attorneys' fees, according to proof; and

28

1        5.     For such other and further relief as the court may deem just and proper.

2 **SEVENTH CAUSE OF ACTION FOR ENFORCEMENT OF THE STATUTORY TRUST PROVISIONS OF THE PACA & DISGORGEMENT (BROUGHT BY AFCM AGAINST ALL DEFENDANTS):**

3

4        1.     For an order requiring all of the DEFENDANTS to immediately account for and pay all

5 PACA trust assets to AFCM in the total sum of at least $167,188.43;

6        2.     For pre-judgment interest through the date of judgment, and post-judgment interest

7 thereon at the highest rate allowed by law, according to proof;

8        3.     For the FAC Penalties according to proof for the Crops;

9        4.     For costs of suit, including reasonable attorneys' fees, according to proof; and

10        5.     For such other and further relief as the court may deem just and proper.

11 **EIGHTH CAUSE OF ACTION FOR VIOLATION OF THE PACA: FAILURE TO ACCOUNT AND PAY PROMPTLY; AND THE FAC: FAILURE TO MAKE TIMELY PAYMENT (BROUGHT BY AFCM AGAINST ALL DEFENDANTS):**

12

13        1.     For damages against the all of the DEFENDANTS in the total sum of at least

14 $167,188.43;

15        2.     For an order requiring all of the DEFENDANTS to promptly account for and pay all

16 PACA trust assets held on behalf of AFCM;

17        3.     For pre-judgment interest through the date of judgment, and post-judgment interest

18 thereon at the highest rate allowed by law, according to proof;

19        4.     For the FAC Penalties according to proof for the Crops;

20        5.     For costs of suit, including reasonable attorneys' fees, according to proof; and

21        6.     For such other and further relief as the court may deem just and proper.

22 **NINTH CAUSE OF ACTION FOR CONVERSION (BROUGHT BY AFCM AGAINST ALL DEFENDANTS):**

23

24        1.     For value of the monies converted in the amount of at least $167,188.43;

25        2.     For punitive and exemplary damages against all of the DEFENDANTS in an amount according to proof;

26

27        3.     For pre-judgment interest through the date of judgment, and post-judgment interest thereon at the highest rate allowed by law, according to proof;

28

1     4.     For the FAC Penalties according to proof for the Crops;

2     5.     For costs of suit, including reasonable attorneys' fees, according to proof; and

3     6.     For such other and further relief as the court may deem just and proper.

**TENTH CAUSE OF ACTION FOR UNJUST ENRICHMENT (BROUGHT BY AFCM AGAINST ALL DEFENDANTS):**

1.     For damages against all of the DEFENDANTS in the total sum in the amount of at least $167,188.43;

2.     For pre-judgment interest through the date of judgment, and post-judgment interest thereon at the highest rate allowed by law, according to proof;

3.     For the FAC Penalties according to proof for the Crops;

4.     For costs of suit, including reasonable attorneys' fees, according to proof; and

5.     For such other and further relief as the court may deem just and proper.

**ELEVENTH CAUSE OF ACTION FOR CONSTRUCTIVE TRUST/DISGORGEMENT (BROUGHT BY AFCM AGAINST ALL DEFENDANTS):**

1.     For a declaration that all of the DEFENDANTS hold at least $167,188.43 in trust for the benefit of AFCM;

2.     For an order compelling all of DEFENDANTS to transfer legal title and possession of such sums to AFCM;

3.     For pre-judgment interest through the date of judgment, and post-judgment interest thereon at the highest rate allowed by law, according to proof;

4.     For the FAC Penalties according to proof for the Crops;

5.     For costs of suit, including reasonable attorneys' fees, according to proof; and

6.     For such other and further relief as the court may deem just and proper.

**TWELFTH CAUSE OF ACTION FOR DECLARATORY RELIEF (BROUGHT BY AFCM AGAINST ALL DEFENDANTS):**

1.     For a declaratory judgment establishing that:

     a.     The PACA trust assets never became the property of any of the DEFENDANTS, and that they must be immediately turned over to AFCM until AFCM is paid in full, including

1  pre-judgment interest, post-judgment interest, the FAC Penalties, costs and attorneys' fees according to

2  proof;

3          b.      The PACA trust assets held by the DEFENDANTS may not be used to pay any

4  non-PACA claim or for any other purpose without the consent of AFCM or order of the Court, until

5  AFCM is paid in full, including pre-judgment interest, post-judgment interest, the FAC Penalties, costs

6  and attorneys' fees according to proof;

7          c.      AFCM's PACA trust claim is superior to and takes priority over all other secured

8  and unsecured non-PACA claims, if any, against ELITE's accounts receivable, inventory, proceeds from

9  the sale of perishable agricultural commodities; and other property acquired through the use of PACA

10  trust assets; and

11         d.      Only funds in excess of the trust funds necessary to pay AFCM as a PACA trust

12  claimant are the property of the estate of DEFENDANTS or possibly subject to DEFENDANT's liens or

13  claims, if any are established;

14      2.      For enforcement of the trust provisions of the PACA through payment of the sum of

15  $167,188.43;

16      3.      For pre-judgment interest through the date of judgment, and post-judgment interest

17  thereon at the highest rate allowed by law, according to proof;

18      4.      For the FAC Penalties according to proof for the Crops;

19      5.      For costs of suit, including reasonable attorneys' fees, according to proof; and

20      6.      For such other and further relief as the court may deem just and proper.

21  **THIRTEENTH CAUSE OF ACTION FOR INJUNCTIVE RELIEF (BROUGHT BY AFCM AGAINST ALL DEFENDANTS):**

22      1.      For an order compelling all of the DEFENDANTS to turnover to AFCM sufficient PACA

23  trust assets to pay AFCM the sums owed and protected by the PACA trust in the sum of $167,188.43

24  plus pre-judgment interest through the date of judgment, and post-judgment interest at the highest rate

25  allowed by law, FAC Penalties, and costs and attorneys' fees according to proof, and to deposit into a

26  trust account sufficient PACA trust assets to pay all other PACA trust creditors in full;

27

28

2.     For an order compelling all of the DEFENDANTS to immediately account to the Court and to AFCM for all assets of the PACA trust from commencement of Defendant ELITE's business through the date of the order;

3.     For an order compelling all of the DEFENDANTS to fully comply with PACA and the California Food & Agricultural Code; or

4.     In the alternative, AFCM requests that this Court enter a temporary restraining order directing that all of the DEFENDANTS, DEFENDANTS' officers, directors, shareholders, bankers, attorneys, agents, or any other person acting on DEFENDANTS' behalf not disburse, transfer or otherwise dissipate the PACA trust assets in Defendants' possession or control pending a hearing on the AFCM's Application for Injunctive Relief and ordering all of the DEFENDANTS to account for all PACA trust assets in their possession or previously in their possession.

**DEMAND FOR JURY TRIAL**

AFCM hereby demands a trial by jury.

Respectfully Submitted,

Dated: September 20, 2011

ANASTASSIOU & ASSOCIATES

By: _____
Effie F. Anastassiou, Esq.,
Attorneys for Plaintiffs,
AFCM Inc. and FO-farmer's Outlet, Inc.

F:\AFC\Pleadings\Complaint\Complaint.wpd

# EXHIBIT "A"

**Tom Angulo**

From:  Stephen Wyrick [StephenW@eliteglobalfarming.com]
ent:  Monday, November 01, 2010 2:08 PM
To:  tangulo@farmersoutlet.net
Subject:  Growing Agreement

Tom,

To get a better understanding of what is going to be done by whom on the 130 acres for the 2010/2011 season:

Elite Global Farming will provide:

Harrow/Perfecta
Mulching
Planting
Lettuce & greens seed
Cultivating
Weeding
Minimum Till (after the first harvest)

We would you to provide:

Rent
Water
Pipe
Deep work to list
Listing
Spinach seeds
Chemicals
Fertilizer

Please let me know your thoughts.

Thank you,
Stephen Wyrick

Office: 831-630-1788
Fax:: 831-630-1797



1

# EXHIBIT "B"

5/17/2011

ELITE GLOBAL FARMING & LOGISTICS, INC.

ANGULO-ELITE SALES REPORT

2010

| | | |
|---|---|---|
| GROWING COST | $ | 2,252.29   /2 |
| | | |
| COST PER GROWER | | 1,126.15 |
| HARVEST COST | | (237.66) |
| GROW COST ELITE | | (455.50) |
| | | |
| TOTAL | | 432.99 |
| TOTAL ACRES | | 232.10 |
| AMOUNT | | $ 100,495.82 |
| SALES RETURN | | $ 167,188.43 |

Page 1 of 1

# EXHIBIT "C"



# INVOICE

**DATE:** 01.12.11

**INVOICE #** FO.W11

**CROP:** MIX-LETTUCE

**BILL TO:** FARMERS OUTLET

## VEL PACKER
P.O. BOX 5493
CALEXICO, CA 92231

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|------|------|----------|--------|----------|------|---|-------|
| 01.03.11 | PUMP-2 | WEEDING | 24 | 7.5 | 8 | $ | 1,440.00 |
| 01.04.11 | PUMP-2 | WEEDING | 24 | 7.5 | 8 | $ | 1,440.00 |
| 01.05.11 | PUMP-2 | WEEDING | 24 | 7.5 | 8 | $ | 1,440.00 |
| 01.06.11 | PUMP-2 | WEEDING | 18 | 7 | 8 | $ | 1,008.00 |
| 01.07.11 | PUMP-2 | WEEDING | 10 | 8 | 8 | $ | 640.00 |
| 01.08.11 | PUMP-2 | WEEDING | 6 | 7 | 8 | $ | 336.00 |
| | | FOREMAN | 1 | 6 | 125 | $ | 750.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 7,054.00 |
| P.L.C COMM 36% | $ | 2,539.44 |
| **GRAND TOTAL** | **$** | **9,593.44** |

Make all checks payable to Martin G. Velazquez
Thank you for your business!

P.O. Box 5493, Calexico, CA, 92231



# INVOICE

| | |
|---|---|
| DATE: | 01.18.11 |
| INVOICE # | FO.W12 |
| CROP: | MIX |

## VEL PACKER

P.O. BOX 5493
CALEXICO, CA 92231

BILL TO: **FARMERS OUTLET**

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|---|---|---|---|---|---|---|---|
| 01.10.11 | 165 | WEEDING | 17 | 8 | 8 | $ | 1,088.00 |
| 01.10.11 | PUMP-2 | WEEDING | 11 | 8 | 8 | $ | 704.00 |
| 01.11.11 | 165 | WEEDING | 24 | 5.75 | 8 | $ | 1,104.00 |
| | | FOREMAN | 1 | 3 | 125 | $ | 375.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 3,271.00 |
| F.L.C  COMM 36% | $ | 1,177.56 |
| **GRAND TOTAL** | $ | 4,448.56 |

Make all checks payable to Martin G. Velazquez
Thank you for your business!

P.O. Box 5493, Calexico, CA. 92231


 

# INVOICE

**VEL PACKER**

P.O. BOX 5493
CALEXICO, CA 92231

*DATE:*    01.26.11

*INVOICE #*    FO.W13

*CROP:*    MIX

*BILL TO:*    **FARMERS OUTLET**

| DATE | GANG | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|------|------|----------|--------|----------|------|---|-------|
| 01.19.11 | PUMP-2 | WEEDING | 32 | 8 | 8 | $ | 2,048.00 |
| 01.20.11 | PUMP-2 | WEEDING | 38 | 8 | 8 | $ | 2,432.00 |
| 01.21.11 | PUMP-2 | WEEDING | 34 | 6 | 8 | $ | 1,632.00 |
| | | FOREMAN | 1 | 3 | 125 | $ | 375.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 6,487.00 |
| F.L.C COMM 36% | $ | 2,335.32 |
| **GRAND TOTAL** | **$** | **8,822.32** |

Make all checks payable to Martin G. Velazquez
Thank you for your business!

P.O. Box 5493, Calexico, CA. 92231



# INVOICE

**DATE:** 02.02.11

**INVOICE #** FO.W14

**CROP:** MIX

**BILL TO:** FARMERS OUTLET

## VEL PACKER

P.O. BOX 5493
CALEXICO, CA 92231

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | TOTAL |
|------|------|----------|--------|----------|------|-------|
| 01.25.11 | PUMP-2 | WEEDING | 27 | 7.5 | 8 | $ 1,620.00 |
| 01.26.11 | PUMP-2 | WEEDING | 27 | 7.75 | 8 | $ 1,674.00 |
| 01.27.11 | PUMP-2 | WEEDING | 29 | 7.75 | 8 | $ 1,798.00 |
| 01.29.11 | PUMP-2 | WEEDING | 32 | 7.5 | 8 | $ 1,920.00 |
| | | FOREMAN | 1 | 4 | 125 | $ 500.00 |

| | |
|---|---|
| SUBTOTAL | $ 7,512.00 |
| P.LC COMM 36% | $ 2,704.32 |
| **GRAND TOTAL** | **$ 10,216.32** |

Make all checks payable to Martin G. Velazquez
Thank you for your business!

P.O. Box 5493, Calexico, CA. 92231

 

# INVOICE

**DATE:** 02.08.11

**INVOICE #** FO.W15

**CROP:** MIX

**BILL TO:** FARMERS OUTLET

## VEL PACKER

P.O. BOX 5493
CALEXICO, CA 92231

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|------|------|----------|--------|----------|------|---|-------|
| 01.31.11 | PUMP-2 | WEEDING | 30 | 7.5 | 8 | $ | 1,800.00 |
| | | FOREMAN | 1 | 1 | 125 | $ | 125.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 1,925.00 |
| F.L.C COMM 36% | $ | 693.00 |
| **GRAND TOTAL** | **$** | **2,618.00** |

Make all checks payable to Martin G. Velazquez
Thank you for your business!

P.O. Box 5493, Calexico, CA. 92231



# INVOICE

**DATE:** 02.21.11

**INVOICE #** FO.W16

**CROP:** MIX

**BILL TO:** FARMERS OUTLET

## VEL PACKER

P.O. BOX 5493
CALEXICO, CA 92231

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|------|------|----------|--------|----------|------|---|-------|
| 02.17.11 | 165 | WEEDING | 24 | 6.5 | 8 | $ | 1,248.00 |
| 02.18.11 | PUMP-2 | WEEDING | 25 | 7.5 | 8 | $ | 1,500.00 |
| | | FOREMAN | 1 | 2 | 125 | $ | 250.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 2,998.00 |
| F.L.C COMM 36% | $ | 1,079.28 |
| **GRAND TOTAL** | **$** | **4,077.28** |

Make all checks payable to Martin G. Velazquez
**Thank you for your business!**

P.O. Box 5493, Calexico, CA, 92231

 **COPY**



# VEL PACKER

P.O. BOX 5493
CALEXICO, CA 92231

# INVOICE

| | |
|---|---|
| *DATE:* | 02.28.11 |
| *INVOICE #* | FO.W17 |
| *CROP:* | MIX |
| *BILL TO:* | AFCM |



| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|---|---|---|---|---|---|---|---|
| 02.22.11 | PUMP-2 | WEEDING | 24 | 7.5 | 8 | $ | 1,440.00 |
| 02.23.11 | PUMP-2 | WEEDING | 30 | 7.5 | 8 | $ | 1,800.00 |
| 02.24.11 | PUMP-2 | WEEDING | 25 | 7.5 | 8 | $ | 1,500.00 |
| 02.25.11 | PUMP-2 | WEEDING | 25 | 8 | 8 | $ | 1,600.00 |
| 02.26.11 | PUMP-2 | WEEDING | 31 | 8.25 | 8 | $ | 2,046.00 |
| | | FOREMAN | 1 | 5 | 125 | $ | 625.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 9,011.00 |
| F.L.C COMM 36% | $ | 3,243.96 |
| **GRAND TOTAL** | **$** | **12,254.96** |

Make all checks payable to Martin G. Velazquez
**Thank you for your business!**

P.O. Box 5493, Calexico, CA. 92231



## COPY

# INVOICE

**DATE:** 03.08.11

**INVOICE #** FO.W18

**CROP:** MIX

**BILL TO:** AFCM

## VEL PACKER

P.O. BOX 5493

CALEXICO, CA 92231

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|------|------|----------|--------|----------|------|---|-------|
| 02.28.11 | PUMP-2 | WEDDING | 27 | 8 | 8 | $ | 1,728.00 |
| 03.01.11 | PUMP-2 | WEDDING | 31 | 6.5 | 8 | $ | 1,612.00 |
| 03.04.11 | PUMP-2 | WEDDING | 29 | 7.25 | 8 | $ | 1,682.00 |
| | | FOREMAN | 1 | 3 | 125 | $ | 375.00 |

|  |  |  |
|---|---|---|
| SUBTOTAL | $ | 5,397.00 |
| F.L.C COMM 36% | $ | 1,942.92 |
| **GRAND TOTAL** | **$** | **7,339.92** |

Make all checks payable to Martin G. Velazquez

Thank you for your business!

P.O. Box 5493, Calexico, CA. 92231

 

# INVOICE

**DATE:** 03.14.11

**INVOICE #** P.O.W19

**CROP:** MIX

## VEL PACKER

P.O. BOX 5493
CALEXICO, CA 92231

**BILL TO:** AFCM

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|---|---|---|---|---|---|---|---|
| 03.07.11 | PUMP-2 | WEEDING | 26 | 6.5 | 8 | $ | 1,352.00 |
| 03.10.11 | PUMP-2 | WEEDING | 18 | 7.5 | 8 | $ | 1,080.00 |
| 03.11.11 | PUMP-2 | WEEDING | 19 | 7.5 | 8 | $ | 1,140.00 |
| | | FOREMAN | 1 | 3 | 125 | $ | 375.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 3,947.00 |
| F.L.C COMM 36% | $ | 1,420.92 |
| **GRAND TOTAL** | **$** | **5,367.92** |

Make all checks payable to Martin G. Velazquez
Thank you for your business!

P.O. Box 5493, Calexico, CA. 92231

 

# INVOICE

**VEL PACKER**

P.O. BOX 5493
CALEXICO, CA 92231

| | |
|---|---|
| *DATE:* | 03.21.11 |
| *INVOICE #* | FO.W20 |
| *CROP:* | MIX |
| *BILL TO:* | AFCM |

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|---|---|---|---|---|---|---|---|
| 03.15.11 | 265-B | WEEDING | 19 | 7.5 | 8 | $ | 1,140.00 |
| 03.16.11 | PUMP-2 | WEEDING | 19 | 6.5 | 8 | $ | 988.00 |
| 03.17.11 | PUMP-2 | WEEDING | 22 | 7.5 | 8 | $ | 1,320.00 |
| 03.18.11 | PUMP-2 | WEEDING | 37 | 7 | 8 | $ | 2,072.00 |
| 03.19.11 | PUMP-2 | WEEDING | 25 | 4 | 8 | $ | 800.00 |
| | | WEEDING | 5 | 5 | 8 | $ | 200.00 |
| | | FOREMAN | 1 | 5 | 125 | $ | 625.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 7,145.00 |
| F.I.C COMM 36% | $ | 2,572.20 |
| **GRAND TOTAL** | **$** | **9,717.20** |

Make all checks payable to Martin G. Velazquez
**Thank you for your business!**
P.O. Box 5493, Calexico, CA. 92231

**\*\*Accounts past due will be subject to a monthly charge rate of one-half percent ( 1 1/2%)\*\***



# VEL PACKER

P.O. BOX 5493

CALEXICO, CA 92231

# INVOICE

| | |
|---|---|
| *DATE:* | 03.29.11 |
| *INVOICE #* | JR.103 |
| *CROP:* | SPRING MIX |

**BILL TO:**   ## ELITE GLOBAL FARMING & LOGISTICS

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|---|---|---|---|---|---|---|---|
| 03.21.11 | PUMP-2 | WEEDING | 33 | 6.5 | 8 | $ | 1,716.00 |
| 03.22.11 | PUMP-2 | WEEDING | 25 | 7.5 | 8 | $ | 1,500.00 |
| 03.23.11 | PUMP-2 | WEEDING | 23 | 7.5 | 8 | $ | 1,380.00 |
| 03.24.11 | PUMP-2 | WEEDING | 32 | 8 | 8 | $ | 2,048.00 |
| | | FOREMAN | 1 | 4 | 125 | $ | 500.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 7,144.00 |
| F.L.C COMM 36% | $ | 2,571.84 |
| **GRAND TOTAL** | **$** | **9,715.84** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Make all checks payable to Martin G. Velazquez

**Thank you for your business!**

P.O. Box 5493, Calexico, CA. 92231

**\*\*Accounts past due will be subject to a monthly charge rate of one-half percent ( 1 1/2%)\*\***

 

# VEL PACKER

P.O. BOX 5493

CALEXICO, CA 92231

# INVOICE

**DATE:** 04.04.11

**INVOICE #** EGF.104

**CROP:** SPRING MIX

BILL TO: ## ELITE GLOBAL FARMING & LOGISTICS

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|------|------|----------|--------|----------|------|---|-------|
| 03.29.11 | PUMP-2 | WEEDING | 26 | 8 | 8 | $ | 1,664.00 |
| 03.30.11 | PUMP-2 | WEEDING | 13 | 6.5 | 8 | $ | 676.00 |
| 03.31.11 | PUMP-2 | WEEDING | 31 | 7.5 | 8 | $ | 1,860.00 |
| | | FOREMAN | 1 | 3 | 125 | $ | 375.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 4,575.00 |
| F.L.C COMM 36% | $ | 1,647.00 |
| GRAND TOTAL | $ | 6,222.00 |

Make all checks payable to Martin G. Velazquez

**Thank you for your business!**

P.O. Box 5493, Calexico, CA. 92231

**\*\*Accounts past due will be subject to a monthly charge rate of one-half percent ( 1 1/2%)\*\***



# VEL PACKER

P.O. BOX 5493
CALEXICO, CA 92231

# INVOICE

**DATE:** 04.12.11
**INVOICE #** JR.105
**CROP:** SPRING MIX

**BILL TO:** ELITE GLOBAL FARMING & LOGISTICS

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|------|------|----------|--------|----------|------|---|-------|
| 04.06.11 | VAIL-453 | WEEDING | 24 | 8 | 8 | $ | 1,536.00 |
| 04.07.11 | VAIL-453 | WEEDING | 27 | 8 | 8 | $ | 1,728.00 |
| 04.08.11 | VAIL-453 | WEEDING | 17 | 7.5 | 8 | $ | 1,020.00 |
| | | FOREMAN | 1 | 3 | 125 | $ | 375.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 4,659.00 |
| F.L.C COMM 36% | $ | 1,677.24 |
| **GRAND TOTAL** | **$** | **6,336.24** |

Make all checks payable to Martin G. Velazquez
Thank you for your business!
P.O. Box 5493, Calexico, CA, 92231

**Accounts past due will be subject to a monthly charge rate of one-half percent ( 1 1/2%)**

 

# INVOICE

**VEL PACKER**

| | |
|---|---|
| *DATE:* | 03.21.11 |
| *INVOICE #* | JE.102 |
| *CROP:* | SPRING MIX |

P.O. BOX 5493
CALEXICO, CA 92231

*BILL TO:*   **ELITE GLOBAL FARMING & LOGISTICS**

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|------|------|----------|--------|----------|------|---|-------|
| 03.14.11 | VAIL-453 | WEEDING | 32 | 8.5 | 8 | $ | 2,176.00 |
| 03.15.11 | VAIL-453 | WEEDING | 25 | 8 | 8 | $ | 1,600.00 |
| 03.16.11 | VAIL-453 | WEEDING | 28 | 8 | 8 | $ | 1,792.00 |
| 03.17.11 | VAIL-453 | WEEDING | 27 | 8 | 8 | $ | 1,728.00 |
| | | WEEDING | 1 | 9 | 8 | $ | 72.00 |
| | | FOREMAN | 1 | 4 | 125 | $ | 500.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 7,868.00 |
| F.L.C COMM 36% | $ | 2,832.48 |
| **GRAND TOTAL** | **$** | **10,700.48** |

Make all checks payable to Martin G. Velazquez
**Thank you for your business!**
P.O. Box 5493, Calexico, CA. 92231

**Accounts past due will be subject to a monthly charge rate of one-half percent ( 1 1/2%)**

 

# INVOICE

**DATE:** 03.14.11

**INVOICE #** JP.101

**CROP:** SPRING MIX

## VEL PACKER

P.O. BOX 5493
CALEXICO, CA 92231

**BILL TO:** ELITE GLOBAL FARMING & LOGISTICS

| DATE | GATE | ACTIVITY | PEOPLE | HRS/DAYS | RATE | | TOTAL |
|------|------|----------|--------|----------|------|---|-------|
| 03.08.11 | VAIL-453 | WEEDING | 28 | 8 | 8 | $ | 1,792.00 |
| 03.09.11 | VAIL-453 | WEEDING | 29 | 8 | 8 | $ | 1,856.00 |
| 03.10.11 | VAIL-453 | WEEDING | 27 | 10 | 8 | $ | 2,160.00 |
| 03.11.11 | VAIL-453 | WEEDING | 28 | 10 | 8 | $ | 2,240.00 |
| | | OVER-TIME | 28 | 0.25 | 12 | $ | 84.00 |
| 03.12.11 | VAIL-453 | WEEDING | 25 | 8 | 8 | $ | 1,600.00 |
| | | | 5 | 9 | 8 | $ | 360.00 |
| | | FOREMAN | 1 | 5 | 125 | $ | 625.00 |

|  | | |
|--|--|--|
| SUBTOTAL | $ | 10,717.00 |
| F.L.C COMM 36% | $ | 3,858.12 |

**GRAND TOTAL** $ 14,575.12

Make all checks payable to Martin G. Velazquez
**Thank you for your business!**

P.O. Box 5493, Calexico, CA. 92231

**Accounts past due will be subject to a monthly charge rate of one-half percent ( 1 1/2%)**

# EXHIBIT "D"

## ASSIGNMENT AGREEMENT

This Assignment Agreement ("Assignment") is made as of August 31, 2011 (the "Effective Date") by Martin G. Velasquez, dba Vel Packer ("Vel Packer"), as "Assignor," and by AFCM, Inc., as "Assignee".

## RECITALS

WHEREAS, Assignor previously invoiced AFCM and/or its affiliate FO-Farmer's Outlet, Inc. ("Farmer's Outlet") for labor services rendered by Vel Packer to Elite Global Farming and Logistics, Inc. ("Elite") by request made for the services by Elite through AFCM and/or Farmer's Outlet;

WHEREAS, a true and correct copy of the invoices for services rendered by Vel Packer to Elite are attached hereto as **Exhibit "1"** and incorporated herein by reference (the "Invoices");

WHEREAS, the Invoices total the amount of $122,005.60, which Invoices to date have not been paid by Elite;

WHEREAS, Vel Packer has agreed to accept payment by AFCM for the Invoices in exchange for the Assignment set forth herein;

NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION, the receipt and adequacy of which is hereby acknowledged, Assignor and Assignee hereby agree as follows:

1.      **Assignment of Rights**.  As of the date hereof, Assignor hereby sells, transfers and assigns, absolutely and unconditionally, to Assignee all of the rights, title, and interest of Assignor to collect the monies due pursuant to the Invoices which are attached hereto as **Exhibit "1"** and are incorporated herein by reference.

2.      **Acceptance of Assignment**.  Assignee hereby accepts the assignment of all of Assignor's rights, title, and interest to collect the monies due pursuant to the Invoices.

3.      **Binding on Successors**.  This Assignment shall be binding on each party and the party's heirs, successors, assigns, executors, and administrators.

4.      **Execution of Documents**.   Each party agrees to execute, with acknowledgement or certification as necessary, all instruments and agreements that are reasonably necessary or convenient in fulfilling the purposes of this Assignment.

5.      **Amendment**.  This Assignment and any term of this Assignment may be amended, waived, discharged, or terminated only by a written instrument signed by the

1

parties against whom enforcement of such amendment, waiver, discharge, or termination is sought.

In witness whereof, the duly authorized representative of the parties have executed this Assignment as of the date first set forth above.

ASSIGNOR:                    MARTIN G. VELASQUEZ, dba VEL PACKER,

                             By: _____
                                 Martin G. Velasquez


ASSIGNEE:                    AFCM, INC.

                             By: _____
                                 Tom Angulo
                             Title: President

F:\AFC\Assignment and Assumption Agreement.wpd

2

EXHIBIT "E"

```
PROG - CP2AR48                                                                                    Page 1
REQ - REGAN                                                                              09/07/11 03:13 PM

                                        01 FARMERS OUTLET
                         GL ACCOUNTS RECEIVABLE - ALL CUSTOMER TYPES - DETAIL
                  AGEING AS OF 09/07/11 INCLUDING UNAPPLIED CASH - MIN AGING AMT 0
```

| PO # | INV # | SHIP DATE | INV DATE | INV TOTAL | DAYS | 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| 000309-00-00 ELITE GLOBAL FARMING & LOGISTI SALINAS CA 93901 | | | | | | ** PHONE: 831-630-1788 * SLSM: | CR LMT: 25000 | Last Pay: 06/14/2011 | | |
|  | 124212 | 03/11/11 | 03/17/11 | 3,368.21 | 174 | | | | | 3,368.21 |
|  | 124377 | 03/15/11 | 03/16/11 | 178.20 | 175 | | | | | 178.20 |
|  | 124378 | 03/15/11 | 03/16/11 | 2,194.56 | 175 | | | | | 2,194.56 |
| 1043 | 124379 | 03/15/11 | 03/16/11 | 4,438.97 | 175 | | | | | 4,438.97 |
|  | 124667 | 03/31/11 | 04/06/11 | 731.52 | 154 | | | | | 731.52 |
| 1047 | 124668 | 04/05/11 | 04/06/11 | 6,525.96 | 154 | | | | | 6,525.96 |
| TOMS FIELD | 124732 | 04/04/11 | 04/11/11 | 2,333.16 | 149 | | | | | 2,333.16 |
| TOMS FIELD | 124733 | 04/05/11 | 04/11/11 | 44.80 | 149 | | | | | 44.80 |
| TOMS FIELD | 124734 | 04/06/11 | 04/11/11 | 1,766.54 | 149 | | | | | 1,766.54 |
| 1047 | 124879 | 04/08/11 | 04/20/11 | 2,243.56 | 140 | | | | | 2,243.56 |
| FIN CHG | 124990 | 04/25/11 | 04/25/11 | 81.90 | 135 | | | | | 81.90 |
|  | 125038 | 04/23/11 | 04/30/11 | -7,305.00 | 130 | | | | | -7,305.00 |
|  | 125209 | 05/04/11 | 05/16/11 | 1,214.00 | 114 | | | | 1,214.00 | |
| B.O.L 11339 | 125210 | 05/13/11 | 05/16/11 | 1,259.00 | 114 | | | | 1,259.00 | |
| OSCAR | 125277 | 04/27/11 | 05/13/11 | 166.16 | 117 | | | | 166.16 | |
| FIN CHG | 125496 | 05/25/11 | 05/25/11 | 447.03 | 105 | | | | 447.03 | |
| 1034 | 125781 | 06/03/11 | 06/15/11 | 3,216.00 | 84 | | | 3,216.00 | | |
| 1037 | 125782 | 06/07/11 | 06/15/11 | 8,680.40 | 84 | | | 8,680.40 | | |
| 1044 | 125783 | 06/14/11 | 06/15/11 | 4,824.00 | 84 | | | 4,824.00 | | |
|  | 125917 | 06/17/11 | 06/21/11 | 6,267.00 | 78 | | | 6,267.00 | | |
| FIN CHG | 125968 | 06/25/11 | 06/25/11 | 357.37 | 74 | | | 357.37 | | |
| FIN CHG | 126236 | 07/25/11 | 07/25/11 | 442.57 | 44 | | 442.57 | | | |
| FIN CHG | 126463 | 08/25/11 | 08/25/11 | 787.39 | 13 | 787.39 | | | | |
|  | 135550 | 05/01/11 | 05/01/11 | 3,040.65 | 129 | | | | | 3,040.65 |
| CUSTOMER TOTAL: | | | | 47,303.95 | | 787.39 | 442.57 | 23,344.77 | 3,086.19 | 19,643.03 |
| REPORT TOTAL: | | | | 47,303.95 | | 787.39 | 442.57 | 23,344.77 | 3,086.19 | 19,643.03 |

#2470 P.002/026

09/05/2011 28:08



## Farmer's Outlet, Inc.

1804 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA 92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 03/17/11 | 124212 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 03/11/11 | |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| 2240 | EA | 18303030 | SUNTERRA  LG. VEG. 5 DOZ GRID | 1.5800/EA | 3,539.20 | | |

TAGS ASSOCIATED WITH THIS INVOICE:
H15920

| | |
|---|---|
| SUBTOTAL | 3,539.20 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 3,539.20 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## *Farmer's Outlet, Inc.*

1604 E. HOLTON RD.  ● PO BOX 274  ● HOLTVILLE, CA 92250  ● PH: 760-356-2484  ● FAX: 760-356-1289

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA  92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 03/16/11 | 124377 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---

ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| BRAWLEY, CA | 03/15/11 | |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 36 | EA | 00007036 | PALLET  48 X 40 " # 2 USED " | 4.9500/EA | 178.20 | |

TAGS ASSOCIATED WITH THIS INVOICE:
B11094

| | |
|---|---|
| SUBTOTAL | 178.20 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 178.20 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



# Farmer's Outlet, Inc.

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**
P.O. BOX 274
HOLTVILLE, CA  92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 03/16/11 | 124378 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| BRAWLEY, CA | 03/15/11 | |

| QUANTITY | U/M | ITEM | DESCRIPTION | * PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 1728 | EA | 18302001 | SUNTERRA BROCCOLI WAX | 1.2700/EA | 2,194.56 | |

TAGS ASSOCIATED WITH THIS INVOICE:
B11096

| | |
|---|---|
| SUBTOTAL | 2,194.56 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 2,194.56 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## Farmer's Outlet, Inc.

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**
P.O. BOX 274
HOLTVILLE, CA 92250

### INVOICE

| INVOICE DATE | INV NO. |
|---|---|
| 03/16/11 | 124379 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

— SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| BRAWLEY, CA | 03/15/11 | 1043 |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| 1523 | EA | 38903040 | ELITE- 10 LB. DRY SPINACH GRID | 0.8030/EA | 1,222.97 | | |
| 6000 | EA | 38903041 | ELITE-3 LB SPRING MIX "DRY" GR | 0.5360/EA | 3,216.00 | | |

----------------------------------------------------------------------
TAGS ASSOCIATED WITH THIS INVOICE:
B11108

| | |
|---|---|
| SUBTOTAL | 4,438.97 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 4,438.97 |

DEDUCT 0.00 FOR CREDIT TERMS: NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## Farmer's Outlet, Inc.

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA  92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 04/06/11 | 124667 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| BRAWLEY, CA | 03/31/11 | |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| 576 | EA | 18302001 | SUNTERRA BROCCOLI WAX | 1.2700/EA | 731.52 | | |

TAGS ASSOCIATED WITH THIS INVOICE:
B11289

| | |
|---|---|
| SUBTOTAL | 731.52 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 731.52 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## Farmer's Outlet, Inc.

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● Ph: 760-356-2484 ● FAX: 760-356-1298

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA  92250

### INVOICE

| INVOICE DATE | INV NO. |
|---|---|
| 04/06/11 | 124668 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| BRAWLEY, CA | 04/05/11 | 1047 |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| 2520 | EA | 38903040 | ELITE- 10 LB. DRY SPINACH GRID | 0.8030/EA | 2,023.56 | | |
| 8400 | EA | 38903041 | ELITE-3 LB SPRING MIX "DRY" GR | 0.5360/EA | 4,502.40 | | |

-------------------------------------------------------------------------------

TAGS ASSOCIATED WITH THIS INVOICE:
B11249

| | |
|---|---|
| SUBTOTAL | 6,525.96 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 6,525.96 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



# *Farmer's Outlet, Inc.*

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

| | | INVOICE DATE | INV NO. |
|---|---|---|---|
| **MAIL ALL PAYMENTS TO:** | **INVOICE** | 04/11/11 | 124732 |
| P.O. BOX 274 | | | |
| HOLTVILLE, CA 92250 | | | |

**--- BILL TO ---**
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

**--- SHIP TO ---**
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 04/04/11 | TOMS FIELD |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| 28 | EA | 00007036 | PALLET 48 X 40 " # 2 USED " | 4.9500/EA | 138.60 | | |
| 1728 | EA | 18302002 | SUNTERRA BROCCOLI WAX M/W | 1.2700/EA | 2,194.56 | | |

TAGS ASSOCIATED WITH THIS INVOICE:
H16291

| | |
|---|---|
| **SUBTOTAL** | 2,333.16 |
| **TOTAL TAX** | 0.00 |
| **TRADE DISCOUNT** | 0.00 |
| **\* PLEASE PAY \*** | 2,333.16 |

DEDUCT 0.00 FOR CREDIT TERMS: NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## Farmer's Outlet, Inc.

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA 92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 04/11/11 | 124733 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 04/05/11 | TOMS FIELD |

| QUANTITY | UM | ITEM | DESCRIPTION | * PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| 80 | EA | 70000632 | BOARDS-"CORNER" 66" WHITE | 0.5600/EA | 44.80 | | |

TAGS ASSOCIATED WITH THIS INVOICE:
H16294

| | |
|---|---|
| SUBTOTAL | 44.80 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 44.80 |

DEDUCT 0.00 FOR CREDIT TERMS: NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## Farmer's Outlet, Inc.

1604 E. HOLTON RD.   ●   PO BOX 274   ●   HOLTVILLE, CA 92250   ●   PH: 760-356-2484   ●   FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**
P.O. BOX 274
HOLTVILLE, CA  92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 04/11/11 | 124734 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

— SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 04/06/11 | TOMS FIELD |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 50 | EA | 00007036 | PALLET 48 X 40 " # 2 USED " | 4.9500/EA | 247.50 | |
| 1152 | EA | 18302002 | SUNTERRA BROCCOLI WAX M/W | 1.2700/EA | 1,463.04 | |
| 100 | EA | 70000632 | BOARDS-"CORNER" 66" WHITE | 0.5600/EA | 56.00 | |

-------------------------------------------------------------------------------
TAGS ASSOCIATED WITH THIS INVOICE:
H16303

| | |
|---|---|
| SUBTOTAL | 1,766.54 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 1,766.54 |

DEDUCT 0.00 FOR CREDIT TERMS: NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



# Farmer's Outlet, Inc.

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1298

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA 92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 04/20/11 | 124879 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| BRAWLEY, CA | 04/08/11 | 1047 |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 1728 | EA | 18302001 | SUNTERRA BROCCOLI WAX | 1.2700/EA | 2,194.56 | |
| 100 | EA | 70000631 | BOARDS-"CORNER" 66" KFT/WHITE | 0.4900/EA | 49.00 | |

TAGS ASSOCIATED WITH THIS INVOICE:
B11309

| | |
|---|---|
| SUBTOTAL | 2,243.56 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 2,243.56 |

DEDUCT 0.00 FOR CREDIT TERMS: NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## Farmer's Outlet, Inc.

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**
P.O. BOX 274
HOLTVILLE, CA  92250

### INVOICE

| INVOICE DATE | INV NO. |
|---|---|
| 04/25/11 | 124990 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 04/25/11 | FIN CHG |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124011 | 40.9500/EA | 40.95 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124012 | 40.9500/EA | 40.95 | |

-------------------------------------------------

TAGS ASSOCIATED WITH THIS INVOICE:
124011 124012

| | |
|---|---|
| SUBTOTAL | 81.90 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 81.90 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



# *Farmer's Outlet, Inc.*

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA 92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 04/30/11 | 125038 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 04/23/11 | |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| -487 | EA | 00000004 | PLASTIC TOTES | 15.0000/EA | -7,305.00 | | |

TAGS ASSOCIATED WITH THIS INVOICE:
H16635

| | |
|---|---|
| SUBTOTAL | -7,305.00 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | -7,305.00 |

DEDUCT 0.00 FOR CREDIT TERMS: NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## Farmer's Outlet, Inc.

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA 92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 05/16/11 | 125209 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---

ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 05/04/11 | |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| 1 | EA | 00007059 | FREIGHT BRAWLEY TO SALINAS | 1,214.0000/EA | 1,214.00 | | |

---

TAGS ASSOCIATED WITH THIS INVOICE:
H16752

| | |
|---|---|
| SUBTOTAL | 1,214.00 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 1,214.00 |

DEDUCT 0.00 FOR CREDIT TERMS: NET 30

past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.


Farmers Outlet

## *Farmer's Outlet, Inc.*

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1289

**MAIL ALL PAYMENTS TO:**
P.O. BOX 274
HOLTVILLE, CA   92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 05/16/11 | 125210 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 05/13/11 | B.O.L 11339 |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 1 | EA | 00007059 | FREIGHT BRAWLEY TO SALINAS | 1,259.0000/EA | 1,259.00 | |

TAGS ASSOCIATED WITH THIS INVOICE:
H16957

| | |
|---|---|
| SUBTOTAL | 1,259.00 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 1,259.00 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## *Farmer's Outlet, Inc.*

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 05/13/11 | 125277 |

P.O. BOX 274
HOLTVILLE, CA 92250

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| SALINAS GP, CA | 04/27/11 | OSCAR |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| 310 | EA | 38903041 | ELITE-3 LB SPRING MIX "DRY" GR | 0.5360/EA | 166.16 | | |

TAGS ASSOCIATED WITH THIS INVOICE:
S12150

| | |
|---|---|
| SUBTOTAL | 166.16 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 166.16 |

DEDUCT 0.00 FOR CREDIT TERMS: NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## *Farmer's Outlet, Inc.*

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2464 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA  92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 05/25/11 | 125496 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 05/25/11 | FIN CHG |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| 1 | EA | 00000006 | FINANCE CHARGE FOR 123978 | 36.1100/EA | 36.11 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 123979 | 99.0100/EA | 99.01 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 123980 | 3.3700/EA | 3.37 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124011 | 25.9500/EA | 25.95 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124012 | 40.9500/EA | 40.95 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124013 | 0.3800/EA | 0.38 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124164 | 17.7400/EA | 17.74 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124211 | 68.2600/EA | 68.26 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124212 | 53.0900/EA | 53.09 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124377 | 2.6700/EA | 2.67 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124378 | 32.9200/EA | 32.92 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124379 | 66.5800/EA | 66.58 | | |

--------------------------------------------------------------------------------

TAGS ASSOCIATED WITH THIS INVOICE:
123978 123979 123980 124011 124012 124013 124164 124211 124212 124377 124378 124379

| | |
|---|---|
| SUBTOTAL | 447.03 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 447.03 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

**Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.**



## *Farmer's Outlet, Inc.*

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

| | INVOICE DATE | INV NO. |
|---|---|---|
| **INVOICE** | 06/15/11 | 125781 |

**MAIL ALL PAYMENTS TO:**
P.O. BOX 274
HOLTVILLE, CA  92250

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| SALINAS GP, CA | 06/03/11 | 1034 |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 6000 | EA | 38903041 | ELITE-3 LB SPRING MIX "DRY" GR | 0.5360/EA | 3,216.00 | |

TAGS ASSOCIATED WITH THIS INVOICE:
S12955

| | |
|---|---|
| SUBTOTAL | 3,216.00 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 3,216.00 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## Farmer's Outlet, Inc.

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**
P.O. BOX 274
HOLTVILLE, CA  92250

### INVOICE

| INVOICE DATE | INV NO. |
|---|---|
| 06/15/11 | 125782 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| SALINAS GP, CA | 06/07/11 | 1037 |

| QUANTITY | U/M | ITEM | DESCRIPTION | *PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 2800 | EA | 38903040 | ELITE- 10 LB. DRY SPINACH GRID | 0.8030/EA | 2,248.40 | |
| 12000 | EA | 38903041 | ELITE-3 LB SPRING MIX "DRY" GR | 0.5360/EA | 6,432.00 | |

------------------------------------------------------------

TAGS ASSOCIATED WITH THIS INVOICE:
S13063

| | |
|---|---|
| **SUBTOTAL** | 8,680.40 |
| **TOTAL TAX** | 0.00 |
| **TRADE DISCOUNT** | 0.00 |
| * **PLEASE PAY** * | 8,680.40 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## *Farmer's Outlet, Inc.*

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA·92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**
P.O. BOX 274
HOLTVILLE, CA 92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 06/15/11 | 125783 |

— BILL TO —
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

— SHIP TO —
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| SALINAS GP, CA | 06/14/11 | 1044 |

| QUANTITY | U/M | ITEM | DESCRIPTION | * PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 9000 | EA | 38903041 | ELITE-3 LB SPRING MIX "DRY" GR | 0.5360/EA | 4,824.00 | |

---

TAGS ASSOCIATED WITH THIS INVOICE:
S13213

| | |
|---|---|
| SUBTOTAL | 4,824.00 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 4,824.00 |

DEDUCT 0.00 FOR CREDIT TERMS: NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



# Farmer's Outlet, Inc.

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA  92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 06/21/11 | 125917 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| SALINAS GP, CA | 06/17/11 | |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 4200 | EA | 38903040 | ELITE 10 LB. DRY SPINACH GRID | 0.8030/EA | 3,372.60 | |
| 5400 | EA | 38903041 | ELITE 3 LB SPRING MIX "DRY" GR | 0.5360/EA | 2,894.40 | |

TAGS ASSOCIATED WITH THIS INVOICE:
S13265

| | |
|---|---|
| SUBTOTAL | 6,267.00 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 6,267.00 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



# *Farmer's Outlet, Inc*

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-355-2484 ● FAX: 760-355-1289

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA  92250

## INVOICE

| INVOICE DATE | INV NO. |
|---|---|
| 06/25/11 | 125968 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 06/25/11 | FIN CHG |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124212 | 50.5200/EA | 50.52 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124377 | 2.6700/EA | 2.67 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124378 | 32.9200/EA | 32.92 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124379 | 66.5800/EA | 66.58 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124667 | 10.9700/EA | 10.97 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124668 | 97.8900/EA | 97.89 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124732 | 35.0000/EA | 35.00 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124733 | 0.6700/EA | 0.67 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124734 | 26.5000/EA | 26.50 | | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124879 | 33.6500/EA | 33.65 | | |

------------------------------------------------------------

TAGS ASSOCIATED WITH THIS INVOICE:
124212 124377 124378 124379 124667 124668 124732 124733 124734 124879

| | |
|---|---|
| SUBTOTAL | 357.37 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 357.37 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## *Farmer's Outlet, Inc.*
1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA  92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 07/25/11 | 126236 |

--- BILL TO ---
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 07/25/11 | FIN CHG |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124212 | 50.5200/EA | 50.52 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124377 | 2.6700/EA | 2.67 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124378 | 32.9200/EA | 32.92 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124379 | 66.5800/EA | 66.58 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124667 | 10.9700/EA | 10.97 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124668 | 97.8900/EA | 97.89 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124732 | 35.0000/EA | 35.00 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124733 | 0.6700/EA | 0.67 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124734 | 26.5000/EA | 26.50 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124879 | 33.6500/EA | 33.65 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125209 | 18.2100/EA | 18.21 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125210 | 18.8900/EA | 18.89 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125277 | 2.4900/EA | 2.49 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125550 | 45.6100/EA | 45.61 | |

--------------------------------------------------------------------------------

TAGS ASSOCIATED WITH THIS INVOICE:
124212 124377 124378 124379 124667 124668 124732 124733 124734 124879 125209 125210 125277 125550

| | |
|---|---|
| SUBTOTAL | 442.57 |
| TOTAL TAX | 0.00 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 442.57 |

DEDUCT 0.00 FOR CREDIT TERMS:  NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



## Farmer's Outlet, Inc.

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA   92250

| | | |
|---|---|---|
| **INVOICE** | **INVOICE DATE** | **INV NO.** |
| | 08/25/11 | 126463 |

--- BILL TO ---

000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

--- SHIP TO ---

ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| HOLTVILLE, CA | 08/25/11 | FIN CHG |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T DSC |
|---|---|---|---|---|---|---|
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124212 | 50.5200/EA | 50.52 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124377 | 2.6700/EA | 2.67 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124378 | 32.9200/EA | 32.92 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124379 | 66.5800/EA | 66.58 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124667 | 10.9700/EA | 10.97 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124668 | 97.8900/EA | 97.89 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124732 | 35.0000/EA | 35.00 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124733 | 0.6700/EA | 0.67 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124734 | 26.5000/EA | 26.50 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 124879 | 33.6500/EA | 33.65 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125209 | 18.2100/EA | 18.21 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125210 | 18.8900/EA | 18.89 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125277 | 2.4900/EA | 2.49 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125550 | 45.6100/EA | 45.61 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125781 | 48.2400/EA | 48.24 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125782 | 130.2100/EA | 130.21 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125783 | 72.3600/EA | 72.36 | |
| 1 | EA | 00000006 | FINANCE CHARGE FOR 125917 | 94.0100/EA | 94.01 | |

| | | |
|---|---|---|
| **SUBTOTAL** | | 787.39 |
| **TOTAL TAX** | | |
| **TRADE DISCOUNT** | | |
| * PLEASE PAY * | | |

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.



# *Farmer's Outlet, Inc.*

1604 E. HOLTON RD. ● PO BOX 274 ● HOLTVILLE, CA 92250 ● PH: 760-356-2484 ● FAX: 760-356-1299

**MAIL ALL PAYMENTS TO:**

P.O. BOX 274
HOLTVILLE, CA 92250

**INVOICE**

| INVOICE DATE | INV NO. |
|---|---|
| 05/01/11 | 125550 |

**--- BILL TO ---**
000389-00-00
ELITE GLOBAL FARMING & LOGISTI
635 SOUTH SANBORN PLACE STE 6
SALINAS CA 93901

**--- SHIP TO ---**
VAIL 453
VAIL 453

| SHIPPED FROM | DATE SHIPPED | PO NUMBER |
|---|---|---|
| FERTILZER (AG) | 05/01/11 | |

| QUANTITY | U/M | ITEM | DESCRIPTION | PRICE | AMOUNT | T | DSC |
|---|---|---|---|---|---|---|---|
| 4 | QT | 94000053 | SUCCESS - PER QUART | 195.0000/QT | 780.00 | * | |
| 8 | QT | 94000055 | MOVENTO BAYER | 252.0000/QT | 2,016.00 | * | |

-------------------------------------------------------------------------------

TAGS ASSOCIATED WITH THIS INVOICE:
H16767 H17129 H17130

| | |
|---|---|
| SUBTOTAL | 2,796.00 |
| TOTAL TAX | 244.65 |
| TRADE DISCOUNT | 0.00 |
| * PLEASE PAY * | 3,040.65 |

DEDUCT 0.00 FOR CREDIT TERMS: NET 30

Accounts past due will be subject to a monthly charge at the rate of one and one-half percent (1 1/2 %) per month.

# EXHIBIT "F"

## TERMS OF CREDIT SALES AND AGREEMENT

In consideration of being extended credit, now and in the future, for purchase of product from Farmers Outlet, Inc., the undersigned purchaser, _John Creighton_, agree(s) as follows:

1. To assume responsibility for payment of all purchases of products made by the purchaser or his/its authorized agents for which credit is extended, and to pay all applicable sales taxes or similar taxes not collected and paid by Farmers Outlet.

2. To pay, in full, for each item of product purchased within 30 days of invoice of that purchase.

3. In the event that any item of product is not paid within 30 days of invoice, a finance charge of 1 1/2 percent interest per month, or the maximum amount allowed by law whichever is less, will be assessed and due from the date of the first monthly statement subsequent to the invoice reflecting such purchase until payment is received in full by Farmers Outlet and the payment is credited to purchaser's account.

4. All payments made shall be applied as reflected in remittance advice. In the absence of a remittance advice, payments will be applied by Farmers Outlet as it deems appropriate, in its absolute discretion.

5. If Purchaser fails to make payments as required in Paragraphs 1 and 2 above, the account may be considered in default by Farmers Outlet, at Farmers Outlet's option, and Farmers Outlet may elect to demand that any amount outstanding be due and owing immediately.

6. Farmers Outlet may at any time, revoke, modify or extend purchaser's privileges of purchasing on credit

7. Should Purchaser request that Farmers Outlet deliver product to a location or an address rather than at a facility pickup, purchaser hereby authorizes Farmers Outlet to deliver product at a location or address designated by purchaser or any of purchaser's authorized agents will charging authority as reflected in the application for credit and Purchaser agrees to be responsible for all charges for product and delivery.

8. In the event Farmers Outlet declares an account in default and is required to take further action to collect the account, the prevailing party shall be entitled to its costs incurred including costs of collection together with reasonable attorney's fees in the event of any legal action or other resolution proceeding including but not limited to mediation or arbitration.

9. Farmers Outlet makes no warranty regarding products of other manufactures sold by Farmers Outlet and to the extent, if any, any warranty of the manufacturer inures by its terms to the benefit of the purchaser, and purchaser agrees to look only to the manufacturer as the sole and exclusive recourse.

Company Name: _Elite Global Farming_    Date: _10/7/2010_

Title: _Owner_    Signature: _____

# EXHIBIT "G"

**From:** Regan Rothfleisch [mailto:rrothfleisch@farmersoutlet.net]
**Sent:** Friday, June 03, 2011 7:59 AM
**To:** 'richard@esons.com'
**Cc:** 'tangulo@farmersoutlet.net'
**Subject:** Payment plan

Richard,

Here is the payment plan which we have agreed on this morning when you came by the office.

Your total past due is $39,310.96.  Weekly payments will be made to pay this amount off.  Please note that if payments are not received on the proper dates then pickups will be denied.

6/06/11 – 9827.74
6/13/11 – 9827.74
6/20/11 – 9827.74
6/27/11 – 9827.74

These payments will be made via cashier check.  Elite will be able to pick up product in the yard upon receiving PO's. The new aging is agreed to be paid in 30days.  It was mentioned that the new aging may be paid sooner.  When the spinach cartons are picked up these will be paid for as well on a COD bases or a payment plan in some sort which will need to be worked out prior.  Here is your current inventory which you have agreed to use up:

32,400 - 3lb Spring Mix (.536)  $17,366.40
33,320 - 10lb Spinach (.803)  $26,755.96

Please let me know that we are on the same page with this agreement

EXHIBIT "H"







EXHIBIT "I"

W DAVID MARINI
09 02 11.03/CCFM.

Quote on Orange
Pipe
Tommy Angulo

WATER TECH
AG SUPPLY
Sales Order Quotation 24046
Reprint

# 1/ 1

WATER TECH
Farm Water Technological Services, Inc
1030 Jones St.
Brawley CA 92227
Phone: 760-344-8000

Page-no: 1 of 1
Order Date: 09/01/11
Customer PO:
Request Date: 09/04/11
Salesperson: Jesus Ibarra Esparza
Customer #: CRYMAR258

SOLD TO:
DAVID MARINI
802 OLIVE
HOLTVILLE, CA
92250
FAX:

SHIP TO:
MARINI, DAVID
805 OLIVE
HOLTVILLE, CA
92250

| Item | Ordered | Unit | Description | Price | Extended |
|------|---------|------|-------------|-------|----------|
| SQUOTE | 1.0000 | EA | SPECIAL PRODUCT QUOTE | 0.000 | 0.00 |
| | | | 1 Lot of 5 x 30 aluminum Lateral pipe(Damaged) | | |
| | | | Quantity = 150 pipes | | |
| | | | sprinklers Missing or Broken quantity = 90 | | |
| | | | 12"galvanized risers missing= 45 | | |
| | | | Aprox.repair amount for each pipe is $30.00 | | |
| | | | Sprinkler W.T. 10-10 Amount each is $6.75 | | |
| | | | 12" Galvanized riser amount each is $2.75 | | |
| | | | labor included. | | |
| | | | Total Amount = $5,197.50 Plus Tax | | |

Terms: NET 30 DAYS
Carrier: UPS
Ship charge: Prepaid & Charge
Ship Ph: 760-386-1691  Fax:
Operator ID:
Tax Reg No.:
HazoTd:

Subtotal: 0.00
Shipping & Handling: 0.00
Tax: 0.00
TOTAL: 0.00

Estimate Confidentiality Notice:This Quotation and any Associated document(s) are privileged and confidential,and are intended for the sole use of the addressee(s).They can't be used,circulated,duplicated,quoted or otherwise referred to or disclosed to third parties for any reason without the written consent of an Officer of Water Tech Ag Supply.If you have received this info in error,please contact cavlar@agsupply.com or call 760-344-8000. Thank you.