Effie F. Anastassiou, Esq. (SBN 96279)
David J. Lola, Esq. (SBN 231190)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiffs,
AFCM, INC. and FO-FARMER'S OUTLET, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| AFCM, INC., a California Corporation; and FO-FARMER'S OUTLET, INC., a California Corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ELITE GLOBAL FARMING AND LOGISTICS, INC., a California Corporation; RICHARD ESCAMILLA, SR., an Individual; JOSE ESCAMILLA, an Individual; JOHN CREIGHTON, an Individual; STEPHEN WYRICK, an Individual; KENT CURLEY, an Individual; DAVID GATTIS, an Individual; AMBER RIGOR, an Individual; and RICHARD ESCAMILLA, JR., an Individual,<br><br>　　　　　　Defendants.<br>_____ | **CASE NO. 4:11-CV-04677-CW**<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

//
//
//
//
//
//
//
//

1   IT IS HEREBY STIPULATED by and between the undersigned parties that:

2   WHEREAS, Plaintiffs AFCM, INC. and FO-FARMER'S OUTLET, INC. (collectively,
3   "Plaintiffs") filed a complaint in the instant action against Defendants ELITE GLOBAL FARMING
4   AND LOGISTICS, INC.; RICHARD ESCAMILLA, SR.; JOSE ESCAMILLA; JOHN CREIGHTON;
5   STEPHEN WYRICK; KENT CURLEY; DAVID GATTIS; AMBER RIGOR; and RICHARD
6   ESCAMILLA, JR. (collectively, "Defendants");

7   WHEREAS, no Defendants have filed responses to the complaint and responsive pleadings are
8   not yet due for several of the Defendants[1];

9   WHEREAS, Plaintiffs are only aware of JOHN CREIGHTON; KENT CURLEY; and DAVID
10  GATTIS (the "JMH Defendants") as having retained counsel in this matter and have agreed with
11  counsel for the JMH Defendants that they shall have until November 21, 2011 to file a response to the
12  complaint;

13  WHEREAS, there is a Case Management Conference scheduled in the instant action for
14  November 15, 2011 at 2:00 p.m. before the Honorable Wilken;

15  WHEREAS, Plaintiffs and the JMH Defendants feel it would be premature to hold a Case
16  Management Conference at this time since the time has not yet passed for all of the Defendants to
17  respond to the complaint and wish to continue the Case Management Conference to a date after January
18  1, 2011;

19  Therefore, IT IS HEREBY STIPULATED between the undersigned parties that the Case
20  Management Conference currently scheduled for November 15, 2011 be continued to a date after
21  January 1, 2012, subject to approval and order by the court.

22
23  Dated: November 4, 2011                              ANASTASSIOU & ASSOCIATES

24                                                       By: _____
                                                              Effie F. Anastassiou, Esq.
25                                                            Attorneys for Plaintiffs,
                                                              AFCM, INC. and FO-FARMER'S OUTLET, INC.
26

27
    _____
28  [1] Plaintiffs have been promptly moving for entry of default for any Defendants who have been served if they do not respond to the complaint by their due date, and have filed requests for default for two defendants; Richard Escamilla, Jr. and Elite Global Farming and Logistics, Inc.

Dated: November __, 2011                                JOHNSON, MONCRIEF & HART, PC

                                                        By: _____
                                                        L. Paul Hart, Esq.
                                                        Attorneys for Defendants,
                                                        JOHN CREIGHTON; KENT CURLEY; and DAVID GATTIS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference currently scheduled in the instant action is continued to:

   Date:  January 18, 2012        Time: 2:00 p.m.

SO ORDERED.


Date: __11/14/2011_____        _____
                                         HONORABLE CLAUDIA WILKEN
                                         United States District Court
                                         Northern District of California

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\11-4677 stip.wpd