Paul Hart, Esq., SBN 237766
Dennis J. Lewis, Esq., SBN 262256
JOHNSON, MONCRIEF & HART, PC
16 West Gabilan Street
Salinas, California 93901
Telephone: 831.759.0900
Facsimile: 831.759.0902

Attorneys for Defendants JOHN CREIGHTON, KENT CURLEY, and DAVID GATTIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AFCM, INC., a California Corporation; and FO-FARMER'S OUTLET, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ELITE GLOBAL FARMING AND LOGISTRICS, INC., a California Corporation; RICHARD ESCAMILLA, SR., an Individual; JOSE ESCAMILLA, an Individual; JOHN CREIGHTON, an Individual; STEPHEN WYRICK, an Individual; KENT CURLEY, an Individual; DAVID GATTIS, an Individual; AMBER RIGOR, an Individual, and RICHARD ESCAMILLA, JR., an Individual,<br><br>Defendants. | Case No. CV11-04677<br><br>STIPULATION REGARDING TIME FOR DEFENDANTS JOHN CREIGHTON, KENT CURLEY AND DAVID GATTIS TO RESPOND TO COMPLAINT; AND [PROPOSED] ORDER THEREON |

IT IS HEREBY STIPULATED by and between the Plaintiffs AFCM, INC. and FO-FARMER'S OUTLET, INC. (collectively, "Plaintiffs") and Defendants JOHN CREIGHTON, KENT CURLEY and DAVID GATTIS (collectively, "Defendants"), by and through their counsel of record, that:

WHEREAS, Plaintiffs filed their Complaint in the instant action on September 21, 2011;

1

Stipulation
*AFCM v. Elite, et al.*
Case No. CV11-04677

1     WHEREAS, a previous Stipulation was entered into between the undersigned counsel of record that Defendants will have up to and including November 30, 2011 to file their responses to the Complaint;

    WHEREAS, the responses to the Complaint are due by the Defendants on or before November 30, 2011;

    WHEREAS, Defendants request additional time to respond to the Complaint to allow additional time to continue with settlement negotiations;

    Therefore, IT IS HEREBY STIPULATED that the Defendants will have up to and including December 14, 2011 to file their responses to the Complaint.

    IT IS SO STIPULATED.

Dated: November 28, 2011            ANASTASSIOU & ASSOCIATES

By _____
Effie F. Anastassiou, Esq.
Attorneys for Plaintiffs
AFCM, Inc. and
FO-Farmers Outlet, Inc.

Dated: November 28, 2011            JOHNSON, MONCRIEF & HART, PC

By _____
Dennis J. Lewis
Attorneys for Defendants
John Creighton, Kent Curley, and
David Gattis

2

Stipulation
*AFCM v. Elite, et al.*
Case No. CV11-04677

## ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Defendants are granted an extension of time up to and including December 14, 2011 to file their responses to the Complaint.

IT IS SO ORDERED.

Dated: __December 2__, 2011

[signature]
Judge of the United States District Court
Northern District of California

Stipulation
*AFCM v. Elite, et al.*
Case No. CV11-04677

3