Effie F. Anastassiou, Esq. (CSBN 96279)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiffs, AFCM, INC. and FO-FARMER'S OUTLET, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AFCM, INC., a California Corporation; and FO-FARMER'S OUTLET, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ELITE GLOBAL FARMING AND LOGISTICS, INC., a California Corporation; RICHARD ESCAMILLA, SR., an Individual; JOSE ESCAMILLA, an Individual; JOHN CREIGHTON, an Individual; STEPHEN WYRICK, an Individual; KENT CURLEY, an Individual; DAVID GATTIS, an Individual; AMBER RIGOR, an Individual; and RICHARD ESCAMILLA, JR., an Individual,<br><br>Defendants. | CASE NO. 4:11-CV-04677-CW<br><br>**JOINT STATEMENT REGARDING BENCH TRIAL** |

//
//
//
//
//
//
//
//
//

PLEASE TAKE NOTICE that all of the undersigned parties who have appeared in this litigation hereby consent, by way of their counsel of record, to the trial in this case to proceed as a bench trial instead of a Jury Trial, as was ordered in Hon. Wilken's Minute Order and Case Management Order dated February 23, 2012 (ECF No. 57).

Respectfully Submitted,

ANASTASSIOU & ASSOCIATES

Dated: March 1, 2012      By:    /s/ Effie F. Anastassiou, Esq.
Effie F. Anastassiou, Esq.
Attorneys for Plaintiffs, AFCM, INC.,
and FO-FARMER'S OUTLET, INC.


JOHNSON, MONCRIEF & HART, PC

Dated: March 5, 2012      By:
L. Paul Hart, Esq.
Attorneys for Defendants JOHN CREIGHTON, KENT CURLEY and DAVID GATTIS