1  Effie F. Anastassiou, Esq. (SBN 96279)
   Stephen J. Beals, Esq. (SBN 226365)
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Salinas, CA 93901
   Post Office Box 2210
4  Salinas, California 93902
   Telephone:  (831) 754-2501
5  Facsimile:   (831) 754-0621

6  Attorneys for Plaintiffs,
   AFCM, INC. and FO-FARMER'S OUTLET, INC.
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
          FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
10

11 AFCM, INC., a California Corporation; and  )   CASE NO. 4:11-cv-04677-CW
   FO-FARMER'S OUTLET, INC., a                )
12 California Corporation,                    )   STIPULATED REQUEST FOR DISMISSAL,
                                              )   WITH PREJUDICE
13                Plaintiffs,                 )
                                              )   FED. R. CIV. P. 41(a)(2)
14     v.                                     )
                                              )
15 ELITE GLOBAL FARMING AND                   )
   LOGISTICS, INC., a California              )
16 Corporation; RICHARD ESCAMILLA, SR.,       )
   an Individual; JOSE ESCAMILLA, an          )
17 Individual; JOHN CREIGHTON, an             )
   Individual; STEPHEN WYRICK, an             )
18 Individual; KENT CURLEY, an Individual;    )
   DAVID GATTIS, an Individual; AMBER         )
19 RIGOR, an Individual; and RICHARD          )
   ESCAMILLA, JR., an Individual,             )
20                                            )
                  Defendants.                 )
21 _____)

22  //
23  //
24  //
25  //
26  //
27  //
28

IT IS HEREBY STIPULATED, by and between Plaintiffs AFCM, INC., and FO-FARMER'S OUTLET, INC. (collectively, "Plaintiffs") and Defendants JOHN CREIGHTON, an Individual, KENT CURLEY, an Individual, DAVID GATTIS, an Individual, and AMBER RIGOR, an Individual (collectively, the "Defendants") that:

WHEREAS, Plaintiffs filed its Complaint in the instant matter on September 21, 2011 as ECF No. 1, case number 4:11-cv-04677-CW (the "Complaint") which included claims against the Defendants;

WHEREAS, on or about May 8, 2012, the Plaintiffs and the Defendants listed above entered into a Settlement Agreement and Release (the "Settlement"); and

NOW THEREFORE, IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(2), that all claims in the Complaint asserted against the Defendants named above, only, are hereby dismissed, *with prejudice*.

SO STIPULATED.

Dated: May 14, 2012

ANASTASSIOU & ASSOCIATES

By: /s/ Effie F. Anastassiou, Esq.
Effie F. Anastassiou, Esq.
Attorneys for Plaintiffs AFCM, INC. and FO-FARMER'S OUTLET, INC.

Dated: May 18, 2012

JOHNSON, MONCRIEF & HART, PC

By: _____
L. Paul Hart, Esq.
Attorneys for Defendants JOHN CREIGHTON, KENT CURLEY and DAVID GATTIS

Dated: May 18, 2012

AMBER RIGOR, an Individual

By: _____
AMBER RIGOR, an Individual
In Pro Se

//
//
//

AFCM, Inc., et al. v. Elite Global Farming & Log., et al.
Case No. 4:11-cv-04677-CW

2

STIPULATED REQUEST FOR DISMISSAL, WITH PREJUDICE

*AFCM, Inc., et al. v. Elite Global Farming & Log., et al.*

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. Defendants JOHN CREIGHTON, KENT CURLEY, DAVID GATTIS and AMBER RIGOR are hereby dismissed, *with prejudice*, from the Complaint filed by Plaintiffs AFCM, INC., and FO-FARMER'S OUTLET, INC. on September 21, 2011 as ECF No. 1 in the instant case.

SO ORDERED.

Dated: 5/22/2012



HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE

F:\AFC\Pleadings\Dismissal\Gattis Curley Creighton Rigor\Stipulation for Dismissal.wpd