IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFCM, INC, a California corporation; FO-FARMER'S OUTLET, INC, a California corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>ELITE GLOBAL FARMING AND LOGISTICS, INC, a California corporation; JOSE ESCAMILLA, an individual; JOHN CREIGHTON, an individual**;** STEPHEN WYRICK, an individual**;** KENT CURLEY, an individual; DAVID GATTIS, an individual; AMBER RIGOR, an individual; RICHARD ESCAMILLA, SR., an individual; and RICHARD ESCAMILLA, JR., an individual,<br><br>    Defendants.<br>_____/ | No. C 11-04677 CW<br><br>ORDER RE DEFAULT |

Default having been entered by the Clerk on November 2, 2011 as to Richard Escamilla, Jr.; November 8, 2011 as to Elite Global Farming and Logistics Inc.; November 9, 2011 as to Richard Escamilla, Sr.; November 16, 2011 as to Jose Escamilla; and November 30, 2011 as to Stephen Wyrick,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The

Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Further Case Management Conference previously set for January 3, 2013 is maintained. The pre-trial conference and trial dates are vacated.

Dated: 5/24/2012  
CLAUDIA WILKEN
United States District Judge