IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFCM, INC, a California corporation; FO-FARMER'S OUTLET, INC, a California corporation;<br><br>    Plaintiff,<br><br>   v.<br><br>ELITE GLOBAL FARMING AND LOGISTICS, INC, a California corporation; JOSE ESCAMILLA, an individual; JOHN CREIGHTON, an individual; STEPHEN WYRICK, an individual; KENT CURLEY, an individual; DAVID GATTIS, an individual; AMBER RIGOR, an individual; RICHARD ESCAMILLA, SR., an individual; and RICHARD ESCAMILLA, JR., an individual,<br><br>    Defendants.<br>_____/ | No. C 11-04677 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 5/30/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef