UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**                                      Date:  July 10, 2012
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     **C-11-04677** CW (EDL)

**Title:**     AFCM, INC ET AL v.  ELITE GLOBAL FARMING AND LOGISTICS, INC ET AL

**Attorneys:**   PLTF: Effie Anastassiou- telephonically     No Appearance by Defendant

**Deputy Clerk:**     Kristen Seib

**Court Reporter:**     Kathy Wyatt     **Tape No.** 9:42- 9:45
                                        (Time: 3 mins   )

**PROCEEDINGS:**                                              **RULINGS:**

Motion for Default Judgment by the Court                      Submitted

**ORDERED AFTER HEARING:**

**The Court will create a Report and Recommendation to grant the Motion for Default for Judge Wilken's review and final determination.**

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ X]  Court

**Case Continued to:**

Notes:

cc: CW