1  Effie F. Anastassiou, Esq. (SBN 96279)
   Stephen J. Beals, Esq. (SBN 226365)
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Salinas, CA 93901
   Post Office Box 2210
4  Salinas, California 93902
   Telephone:  (831) 754-2501
5  Facsimile:  (831) 754-0621

6  Attorneys for Plaintiffs,
   AFCM, INC. and FO-FARMER'S OUTLET, INC.
7

                **IN THE UNITED STATES DISTRICT COURT**
8
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
9

10 | AFCM, INC., a California Corporation; and | ) | **CASE NO.  4:11-CV-04677-CW-EDL** |
   | FO-FARMER'S  OUTLET,  INC.,  a | ) | |
11 | California Corporation, | ) | **CERTIFICATE OF SERVICE** |
   | | ) | |
12 | Plaintiffs, | ) | |
   | | ) | |
13 | v. | ) | |
   | | ) | |
14 | ELITE  GLOBAL  FARMING  AND | ) | |
   | LOGISTICS,  INC.,  a  California | ) | |
15 | Corporation; RICHARD ESCAMILLA, SR., | ) | |
   | an  Individual;  JOSE  ESCAMILLA,  an | ) | |
16 | Individual;  JOHN  CREIGHTON,  an | ) | |
   | Individual;  STEPHEN  WYRICK,  an | ) | |
17 | Individual; KENT CURLEY, an Individual; | ) | |
   | DAVID GATTIS, an Individual; AMBER | ) | |
18 | RIGOR,  an  Individual;  and  RICHARD | ) | |
   | ESCAMILLA, JR., an Individual, | ) | |
19 | | ) | |
   | Defendants. | ) | |
20

21      I am employed in the County of Monterey, State of California.  I am over the age of eighteen

22 years and not a party to the within action.  My business address is 242 Capitol Street, Salinas,

23 California 93901.

24      On the date set forth below, I caused the following document(s) entitled:

       **REPORT AND RECOMMENDATION RE: PLAINTIFFS' MOTION FOR DEFAULT**
25                                         **JUDGMENT**

26 to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the

27 following means:

28

**BY MAIL.**  By placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of Anastassiou & Associates, Salinas, California  addressed as shown below.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing:

| | |
|---|---|
| ELITE GLOBAL FARMING AND LOGISTICS, INC.<br>635 S. Sanborn Place, STE 6<br>Salinas, CA 93901<br><br>In Pro Se | RICHARD ESCAMILLA, SR.<br>635 S. Sanborn Place, STE 6<br>Salinas, CA 93901<br><br>In Pro Se |
| JOSE ESCAMILLA<br>49631 Truman Wy.,<br>Indio, CA 92201-8522<br><br>In Pro Se | STEPHEN WYRICK<br>3376 Cienega Rd.<br>Hollister, CA 95023<br><br>In Pro Se |
| RICHARD ESCAMILLA, JR.<br>635 S. Sanborn Place, STE 6<br>Salinas, CA 93901<br><br>In Pro Se | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 10, 2012 at Salinas, California.

A. p

Anthony A. Piedra
Anastassiou & Associates

F:\AFC\Pleadings\Certificate of Service mail.wpd