IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFCM, INC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELITE GLOBAL FARMING AND LOGISTICS, INC, et al.,<br><br>    Defendants.              / | No. C -11-04677 CW (EDL)<br><br>**ORDER AMENDING REPORT AND RECOMMENDATION RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT TO CORRECT TIME TO FILE OBJECTIONS** |

On July 10, 2012, the Court issued a Report and Recommendation regarding Plaintiffs' Motion for Default Judgment. The Court inadvertently provided incorrect information about the time within which objections must be filed. The last paragraph of the Court's July 10, 2012 Report and Recommendation is stricken and is replaced by the following:

> Any party may serve and file specific written objections to this recommendation within fourteen (14) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); Civil Local Rule 72-3. Failure to file objections within the specified time may waive the right to appeal the District Court's order.

The Court's electronic docket system reflects the correct date for filing objections, which is July 24, 2012.

Dated: July 17, 2012

                                                  ELIZABETH D. LAPORTE
                                                United States Magistrate Judge