Case Number 4:11-cv-04677-CW

**Declaration of Stephen**

AFCM, INC
Plaintiff

**Wyrick to oppose motion**

v.

**of default judgment**

Elite Global Farming
Richard Escamilla Sr.
Jose Escamilla
Richard Escamilla Jr.
Stephen Wyrick
Defendants

*Filed*
**RECEIVED**

JUL 1 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I, STEPHEN WYRICK, hereby declare as follows:

When I was originally served for this lawsuit I spoke to my former employer, Richard Escallia Sr. and he told me he would take care of having me removed from the action, come to find later, he never did. My family and I lost our home to foreclosure in May 2012 and moved to a new home. As it takes a long time for my mail to be forwarded and be delivered so I was never served any paperwork at our new home until just days before a default judgment was scheduled to be entered. I was never an owner or even a board member of Elite Global, I was only an employee. My job was in sales and production and not an owner, decision maker, or responsible party for any contract elite was engaged in. I have been, and continue to be in active bankruptcy since 2010 and cannot afford a lawyer to represent me on a matter to which I am not the responsible party. Please dismiss me from this lawsuit, as I was simply and employee of Elite Global Farming and Logistics.

Thank You,

_____
Stephen Wyrick

I declare under penalty of perjury under the laws of the state of California and the laws of the United Stetes that the foregoing is true and correct, except that portion which I stated based on my information and belief, and as those portions, I believe them to be true.

Stephen Wyrick, Declarant

Parties served

Effie Anastassiou
Po box 2210
Salinas Ca 93901

Elite Global
635 S Sanborn Pl  ste E
Salinas, ca. 93901