IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFCM, INC, a California corporation; FO-FARMER'S OUTLET, INC, a California corporation;<br><br>    Plaintiff,<br><br>  v.<br><br>ELITE GLOBAL FARMING AND LOGISTICS, INC, a California corporation; JOSE ESCAMILLA, an individual; JOHN CREIGHTON, an individual; STEPHEN WYRICK, an individual; KENT CURLEY, an individual; DAVID GATTIS, an individual; AMBER RIGOR, an individual; RICHARD ESCAMILLA, SR., an individual; and RICHARD ESCAMILLA, JR., an individual,<br><br>    Defendants.<br>_____/ | No. C 11-4677 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

    The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Re Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough. After the Report was filed, Defendant Stephen Wyrick wrote to the Court asking that the case against him be dismissed. He admits that he was served with the complaint, but states that he relied upon a co-Defendant to take care of it. He indicates that he did receive later documents from the Court, although he did not receive them timely at his new address. However, he did not, and still does not, provide a new address. He also implies that he has filed a bankruptcy petition. If he has, he may be entitled to a stay of

these proceedings, but he provides no information about his purported bankruptcy filing.  Otherwise, he provides no meritorious objection to the Report and Recommendation and the Court adopts it in every respect.  If Defendant Wyrick has not filed for bankruptcy, he may file a motion for relief from judgment and a motion to set aside his default, if he has other grounds to do so.

   Accordingly,

   IT IS HEREBY ORDERED that the motion for default judgment is GRANTED.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 8/7/2012

CLAUDIA WILKEN
United States District Judge

cc: EDL, MagRef

2