IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFCM, INC, a California corporation; FO-FARMER'S OUTLET, INC, a California corporation;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELITE GLOBAL FARMING AND LOGISTICS, INC, a California corporation; JOSE ESCAMILLA, an individual; JOHN CREIGHTON, an individual; STEPHEN WYRICK, an individual; KENT CURLEY, an individual; DAVID GATTIS, an individual; AMBER RIGOR, an individual; RICHARD ESCAMILLA, SR., an individual; and RICHARD ESCAMILLA, JR., an individual,<br><br>　　　　Defendants.<br>_____ / | No. C 11-04677 CW<br><br>JUDGMENT |

　　　For the reasons set forth in Magistrate Judge Laporte's Report and Recommendation Re Motion for Default Judgment filed July 10, 2012, and adopted by this Court,

　　　IT IS HEREBY ORDERED AND ADJUDGED

　　　That default judgment is entered against Elite Global Farming and Logistics, Inc., Richard Escamilla, Sr., Jose Escamilla, Stephen Wyrick, and Richard Escamilla, Jr. Plaintiffs AFCM, Inc., and FO-Farmer's Outlet, Inc shall recover from Defendants Elite Global Farming and Logistics, Inc, Richard Escamilla, Sr., Jose Escamilla, Stephen Wyrick, and Richard Escamilla, Jr. as follows:

(1) Plaintiff AFCM shall recover from Defendants Elite Global

Farming and Logistics, Inc., Richard Escamilla, Sr., Jose Escamilla, Stephen Wyrick, and Richard Escamilla, Jr., jointly and severally, the sum of $182,972.85 under the crop services agreement; (2) Plaintiff AFCM shall recover from Defendant Elite Global Farming and Logistics, Inc. the sum of $140,935.04 under the weeding services agreement; (3) Plaintiff AFCM shall recover from Defendants Elite Global Farming and Logistics, Inc., and Richard Escamilla, Sr., jointly and severally, the sum of $5,116.83 under the pipe repair agreement; and (4) Plaintiff FO-Farmer's Outlet, Inc. shall recover from Defendants Elite Global Farming and Logistics, Inc., and Richard Escamilla, Sr., jointly and severally, in the amount of $53,603.07 under the packaging agreement with interest thereon as provided by 28 U.S.C. § 1961, and costs of action.

Dated at Oakland, California, this 7th day of August, 2012.

RICHARD W. WIEKING  
Clerk of Court

By: _____  
Deputy Clerk

