1  Effie F. Anastassiou, Esq. (SBN 96279)
   Stephen J. Beals, Esq. (SBN 226365)
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Salinas, CA 93901
   Post Office Box 2210
4  Salinas, California  93902
   Telephone:  (831) 754-2501
5  Facsimile:  (831) 754-0621

6  Attorneys for Plaintiffs,
   AFCM, INC. and FO-FARMER'S OUTLET, INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9      FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10 AFCM, INC., a California Corporation; and )   CASE NO.  4:11-CV-04677-CW-EDL
   FO-FARMER'S   OUTLET,   INC.,   a )
11 California Corporation,                   )   DECLARATION OF THOMAS ANGULO IN
                                             )   SUPPORT OF OPPOSITION TO MOTION
12                 Plaintiffs,               )   TO FOR SUMMARY JUDGMENT
                                             )
13 v.                                        )
                                             )
14 ELITE   GLOBAL   FARMING   AND )
   LOGISTICS,   INC.,   a   California )
15 Corporation; RICHARD ESCAMILLA, SR., )    Date:       N O T   N O T I C E D   F O R
   an  Individual;  JOSE  ESCAMILLA,  an )               HEARING
16 Individual;  JOHN  CREIGHTON,  an )       Time:
   Individual;  STEPHEN  WYRICK,  an )       Location:
17 Individual; KENT CURLEY, an Individual; ) Judge:      Honorable Claudia Wilken
   DAVID GATTIS, an Individual; AMBER )
18 RIGOR,  an  Individual;  and  RICHARD )
   ESCAMILLA, JR., an Individual,           )
19                                          )
                  Defendants.               )
20 _____ )

21 I, THOMAS ANGULO declare as follows:

22      1.     I am the president of AFCM, INC., a California Corporation ("AFCM"); and FO-

23 FARMER'S OUTLET, INC., a California Corporation ("FFO").  AFCM and FFO (AFCM and FFO are

24 collectively referred to as the "Plaintiffs") are Plaintiffs in the case of *AFCM, Inc., et al. v. Elite Global*

25 *Farming and Logistics, Inc., et al.*, in the United States District Court, Northern District of California,

26 Oakland Division, Case No. 4:11-CV-04677-CW (the "Action").  As such, I have personal knowledge

27 of the following facts to which I could and would competently testify if called as a witness, except those

28 matters which are alleged on information and belief.

2.     In the fall of 2010, I was approached by Defendants STEPHEN WYRICK ("Wyrick") and RICHARD ESCAMILLA, SR. ("Richard Escamilla").  Wyrick and Escamilla advised me that they wanted their new company, ELITE GLOBAL FARMING AND LOGISTICS, INC. ("Elite") and AFCM to enter into a joint venture (the "Agreement") together to grow  approximately 130 acres of crops (the "Crops") for the 2010/2011 farming season in Imperial Valley, California, and then have Elite sell the Crops on behalf of both parties.

3.     Wyrick was the main decision maker for Elite with respect to negotiating the deal points of the Agreement between Elite and AFCM with respect to the Crops.  On November 1, 2010, Wyrick sent me an email acknowledging the basic terms of the Agreement.  A true and correct copy of this email is attached hereto as **Exhibit "A"** and incorporated herein by reference.

4.     After the Crops were harvested and sold, Elite sent AFCM an accounting statement showing that AFCM was owed $167,188.43 for the Crops (the "Accounting Statement").   The Accounting Statement was dated May 17, 2011. A copy of the Accounting Statement was attached as Exhibit "B" to the Complaint filed in this action and a copy is also attached hereto as **Exhibit "B"** and is incorporated herein by reference.

5.     Elite failed to pay the amount of $167,188.43 due to AFCM for the Crops. Subsequently, on July 26, 2011, AFCM sent a written notice of intent to preserve PACA trust benefits (the "PACA Notice") in accordance with the provisions of 7 U.S.C. § 499e(c) and 7 CFR 46.46. Wyrick was one of the named recipients of the PACA Notice.  A true and correct copy of the PACA Notice is attached hereto as **Exhibit "C"** and is incorporated by reference.

6.     Thereafter, I authorized our attorneys to file a Complaint against Elite and the persons who I believed were in charge of managing Elite, which included Wyrick.

7.     After this litigation was commenced, on February 23, 2012, I had a conference call regarding this case (the "Conference Call") with my attorney and Defendants JOHN CREIGHTON ("Creighton") and KENT CURLEY ("Curley"), and their attorney.  During the Conference Call, Creighton and Curley advised me that Elite was set-up by Wyrick who provided the initial vegetable seed, farming ground and farming equipment to start-up a fresh produce business in Hollister, California in the summer of 2010. Creighton and Curley stated that they had no previous experience in

1 the produce business but were asked by Wyrick to invest money and lend their credit history to the

2 business because they were told by Wyrick that he did not have good credit because of his past produce

3 business failures. Creighton told me that initially he was named as the sole shareholder, officer, and

4 director of Elite, solely for credit reasons, in order to establish good credit for Elite. However,

5 Creighton and Curley considered Wyrick as an unnamed owner of Elite, due to his investment in the

6 business of Elite and control of the business of Elite. Moreover, it was their understanding that once

7 the business of Elite was established, Wyrick would then become a shareholder, director and officer

8 with a controlling interest in Elite, without any additional investment in Elite by Wyrick.

9    8.    On the Conference Call, Creighton and Curley also told me that from the initial start-up

10 of Elite in the summer of 2010, until they both left the company in early 2011, Wyrick was in control of

11 all of the farming operations and marketing of Elite's produce. They also told me that Wyrick made the

12 decisions on who Elite did business with and which of Elite's creditors got paid, together with Richard

13 Escamilla, and other members of the Escamilla family.

14    9.    During the course of the dealings of AFCM and FFO with Elite, I was also repeatedly

15 told that Elite was being managed and controlled by Wyrick, Richard Escamilla and Richard

16 Escamilla's family members, and that those persons were the ones in charge of of the operations of

17 Elite, and of approving and authorizing payments made by Elite to third parties, such as AFCM and

18 FFO.

19    I declare under penalty of perjury under the laws of the State of California and the laws of the

20 United States that the foregoing is true and correct, except that portion which I stated based on my

21 information and belief, and as to those portions I believe them to be true.

22    Executed this 16th day of August, 2012, at Holtville, California.

23

24    By: _____

25    Thomas Angulo,
     Declarant.

26

27

28

# EXHIBIT A

**Tom Angulo**

| | |
|---|---|
| **From:** | Stephen Wyrick [StephenW@eliteglobalfarming.com] |
| **Sent:** | Monday, November 01, 2010 2:08 PM |
| **To:** | tangulo@farmersoutlet.net |
| **Subject:** | Growing Agreement |

Tom,

To get a better understanding of what is going to be done by whom on the 130 acres for the 2010/2011 season:

Elite Global Farming will provide:

Harrow/Perfecta
Mulching
Planting
Lettuce & greens seed
Cultivating
Weeding
Minimum Till (after the first harvest)

We would you to provide:

Rent
Water
Pipe
Deep work to list
Listing
Spinach seeds
Chemicals
Fertilizer

Please let me know your thoughts.

Thank you,
Stephen Wyrick

Office: 831-630-1788
Fax:: 831-630-1797



*(handwritten): Rcv 1 631 207-25710*

1

# EXHIBIT B

5/17/2011

Page 1 of 1

**ELITE GLOBAL FARMING & LOGISTICS, INC.**

ANGULO-ELITE SALES REPORT
2010

| | | |
|---|---:|---|
| GROWING COST | $ 2,252.29 | /2 |
| | | |
| COST PER GROWER | 1,126.15 | |
| HARVEST COST | (237.66) | |
| GROW COST ELITE | (455.50) | |
| | | |
| TOTAL | 432.99 | |
| TOTAL ACRES | 232.10 | |
| AMOUNT | $ 100,495.82 | |
| SALES RETURN | $ 167,188.43 | |

# EXHIBIT C

## <u>NOTICE OF INTENT TO PRESERVE PACA TRUST BENEFITS</u>

July 26, 2011

**<u>Via Email and U.S. Mail</u>**
Mr. Richard Escamilla, Sr.
Elite Global Farming and Logistics, Inc.
635 South Sanborn Place, Suite 6
Salinas, CA 93901
richard@esons.com

**<u>Via U.S. Mail</u>**
Mr. Rafael Carriedo, Registered Agent
Elite Global Farming and Logistics, Inc.
688 E. Boronda Road
Salinas, CA 93906

**<u>Via Email and U.S. Mail</u>**
Mr. Stephen Wyrick
Elite Global Farming and Logistics, Inc.
3376 Cienega Road
Hollister, CA 95023
StephenW@eliteglobalfarming.com

**<u>Via U.S. Mail</u>**
Mr. David Gattis
Elite Global Farming and Logistics, Inc.
820 Park Row, #611
Salinas, CA 93901

**<u>Via Email and U.S. Mail</u>**
Mr. Richard Escamilla, Jr.
Elite Global Farming and Logistics, Inc.
635 South Sanborn Place, Suite 6
Salinas, CA 93901
junior@esons.com

**<u>Via Facsimile and U.S. Mail</u>**
Mr. Jose Escamilla
Elite Global Farming and Logistics, Inc.
P.O. Box 3156
Somerton, AZ 95350
Ph:    928-344-8293
Fax:  928-344-8298

**<u>Via U.S. Mail</u>**
Mr. John Creighton
Elite Global Farming and Logistics, Inc.
19624 Longview Terrace
Salinas, CA 93908

**<u>Via U.S. Mail</u>**
Mr. Kent Curley
Elite Global Farming and Logistics, Inc.
201 San Benancio Road
Salinas, CA 93908

**<u>Via U.S. Mail</u>**
Ms. Amber Rigor
Elite Global Farming and Logistics, Inc.
P.O. Box 655
Aromas, CA 95004

Ladies and Gentlemen:

In compliance with current Perishable Agricultural Commodities Act ("PACA") statutory trust provisions and regulations set forth at 7 U.S.C. Sec.499e(c) and 7 CFR 46.46,  on behalf of AFCM, Inc. ("AFCM"), the trust beneficiary, located at 1604 Holton Road, Holtville, CA 92250,

1

P. O. Box 274, Holtville, CA 92250, you are hereby notified of the intent of AFCM to preserve its PACA trust benefits for the unpaid crops sold by Elite Global Farming and Logistics, Inc. ("Elite Global") for and on behalf of AFCM, including spring mix, spinach, and wild arugula (the "Crops"), as described on the accounting report dated June 20, 2011 (the "Report"), that was recently produced by Elite Global's attorney, Greg Chilton, Esq., to my law office, a true and correct copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

The amount set forth in the Report as due and unpaid by Elite Global to AFCM for the Crops is $141,991.65. However, as you are well aware, AFCM contends that $167,188.43 actually remains due and unpaid for the Crops.  However, since AFCM did not prepare the Elite Global accounting records, it does not know how the remaining amount of $25,196.78 should be allocated among the various types of Crops.   In the case of In re Carlton Fruit Co., 84 B.R. 810 (M.D. Fla. 1988), the court refused to invalidate PACA trust rights of growers where the debtor's own failure to provide specific details related to the transaction in question was the reason such information could not be included in claimants' PACA trust notices. Similarly, here, AFCM is claiming the full amount owed of $167,188.43, although it does not have details regarding how these amounts should be allocated among the various Crops.

Thank you for your immediate attention to this matter.

Very truly yours,

Anastassiou & Associates

By:

Effie F. Anastassiou
Attorney for AFCM, Inc.

Encl.

Cc:     Greg Chilton, Esq. (By Email)
        Client

f:\NBF\NoticeIntentPACACrinklaw.wpd

2

**EXHIBIT A**

6/20/2011

**ELITE GLOBAL FARMING & LOGISTICS, INC.**

ANGULO-ELITE SALES REPORT
2010

| | | |
|---|---|---|
| GROWING COST | $   2,469.43 | /2 |
| | | |
| COST PER GROWER | 1,234.72 | |
| HARVEST COST | (237.66) | |
| GROW COST ELITE | (672.63) | |
| | | |
| TOTAL | 324.43 | |
| TOTAL ACRES | 232.10 | |
| AMOUNT | $  75,299.04 | |
| SALES RETURN | 66,692.61 | |
| | $ 141,991.65 | |

6/20/2011

ELITE GLOBAL FARMING & LOGISTICS, INC.
ANGULO
2010 Crop Year

ELITE GLOBAL PAYABLES

| Crop ID | Acres | Cultivation | Fertilizer | Foreman | Incorporate | Laboratory Sampling & Testing | Land Prep. | Ranch Maintenance & Repair | Miscellaneous | Seed |
|---|---|---|---|---|---|---|---|---|---|---|
| 265B | 17.49 | $ - | $ - | $ 698.72 | 134.97 | $ 201.30 | $ 246.78 | $ 125.80 | $ 31.42 | $ 1,356.76 |
| A165 | 43.35 | - | 649.22 | 1,731.82 | 467.17 | 380.86 | 257.02 | 109.45 | 32.04 | 3,362.81 |
| EHL | 80.80 | 91.74 | - | 3,227.94 | 927.66 | 1,081.21 | 399.65 | 133.91 | (16.58) | 6,267.93 |
| SPRING MIX | 141.64 | 91.74 | 649.22 | 5,658.49 | 1,529.80 | 1,663.37 | 903.45 | 369.16 | 46.88 | 10,987.50 |
| 265B | 12.09 | - | - | 365.65 | 93.33 | 119.85 | 170.65 | - | - | 186.26 |
| A165 | 33.66 | - | 504.30 | 1,018.02 | 200.29 | 320.08 | 157.78 | 49.57 | 11.93 | 518.58 |
| EHL | 32.14 | 36.64 | - | 972.04 | 272.09 | 474.69 | 126.95 | 39.28 | (4.87) | 495.16 |
| SPINACH | 77.89 | 36.64 | 504.30 | 2,355.71 | 565.71 | 914.62 | 455.38 | 88.85 | 7.06 | 1,200.00 |
| 265B | 1.70 | - | - | 78.16 | 13.12 | 13.70 | 24.00 | 14.85 | 3.71 | 241.54 |
| A165 | 2.86 | - | 42.84 | 131.49 | 39.21 | 13.72 | 19.43 | 14.74 | 2.87 | 406.36 |
| EHL | 8.01 | 9.10 | - | 368.26 | 109.45 | 92.91 | 45.43 | 15.80 | (1.96) | 1,138.10 |
| WILD ARUGUI | 12.57 | 9.10 | 42.84 | 577.91 | 161.78 | 120.33 | 88.86 | 45.39 | 4.62 | 1,786.00 |
| $ 232.10 | $ 137.48 | $ 1,196.36 | $ 8,592.11 | $ 2,257.29 | $ 2,698.32 | $ 1,447.69 | $ 503.40 | $ 58.56 | $ 13,973.50 | |

6/20/2011

ELITE GLOBAL FARMING & LOGISTICS, INC.
ANGULO
2010 Crop Year

ELITE GLOBAL PAYABLES

| Crop ID | Acres | Planting | Spraying | Sundace | Supervisor | Tractor Work | Weeding | Total | Cost per Acre |
|---|---|---|---|---|---|---|---|---|---|
| 265B | 17.49 | $ 492.12 | $ - | $ 254.50 | $ 500.45 | $ 526.54 | $ 8,987.87 | $ 13,557.23 | |
| A165 | 43.35 | 1,219.76 | 104.26 | 186.58 | 189.67 | 515.85 | 22,276.96 | 31,483.47 | |
| EHL | 80.80 | 2,273.51 | - | 302.97 | 506.11 | 1,451.54 | 41,521.99 | 58,169.59 | |
| SPRING MIX | 141.64 | 3,985.39 | 104.26 | 744.05 | 1,196.23 | 2,493.93 | 72,786.82 | 103,210.29 | $ 728.68 |
| 265B | 12.09 | 133.63 | - | 175.99 | 11.73 | 75.55 | 5,103.95 | 6,436.59 | |
| A165 | 33.66 | 372.04 | 38.61 | 259.44 | 95.64 | 326.52 | 14,210.00 | 18,082.80 | |
| EHL | 32.14 | 355.24 | - | 88.88 | 152.21 | 490.94 | 13,568.32 | 17,067.57 | |
| SPINACH | 77.89 | 860.91 | 38.61 | 524.31 | 259.58 | 893.01 | 32,882.27 | 41,586.96 | $ 533.92 |
| 265B | 1.70 | 35.32 | - | 24.75 | 58.70 | 58.61 | 1,047.37 | 1,613.83 | |
| A165 | 2.86 | 59.42 | 9.31 | 9.31 | 15.93 | 58.97 | 1,762.05 | 2,585.65 | |
| EHL | 8.01 | 166.43 | - | 35.75 | 59.09 | 147.16 | 4,934.98 | 7,120.50 | |
| WILD ARUGUL | 12.57 | 261.17 | 9.31 | 69.81 | 133.72 | 264.74 | 7,744.40 | 11,319.98 | $ 900.56 |
| | $ 232.10 | $ 5,107.47 | $ 152.18 | $ 1,338.17 | $ 1,589.53 | $ 3,651.68 | $ 113,413.49 | $ 156,117.23 | |

Cost per Acre        $        672.63

ELITE GLOBAL FARMING & LOGISTICS, INC.
ANGULO
2010 Crop Year
MEMO ENTRY          ANGULO REPORTS (TOMMY)
232.10  ACRES

6/20/2011

| Crop ID | ACRES | APPLICATION | CHEMICALS | CONTRACT LABOR | CUSTOM ENTOM | FERTILIZER | FOOD SAFETY | FUEL&OIL | IRRIGATION LABOR | LAND RENT | MGNT/FORE MAN FEES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SPRING MIX** | | | | | | | | | | | |
| 265B | 19.1900 | 575.50 | 3,477.39 | 300.16 | 511.99 | 3,318.79 | 1,000.00 | 1,200.83 | 1,877.92 | 2,700.00 | 1,350.00 |
| A165T25M | 7.1400 | 224.71 | 1,051.31 | 145.76 | 261.06 | 813.86 | 115.88 | 425.60 | 359.71 | 1,066.13 | 533.07 |
| A165 | 46.2100 | 1,454.35 | 6,804.05 | 943.36 | 1,689.59 | 5,267.31 | 750.00 | 2,754.51 | 2,328.06 | 6,899.99 | 3,450.01 |
| EHL | 88.8100 | 3,525.26 | 15,887.21 | 4,464.35 | 2,497.27 | 12,211.22 | 3,100.01 | 8,021.98 | 10,100.89 | 20,100.02 | 10,049.98 |
| TOTAL | 154.2100 | 5,555.11 | 26,168.65 | 5,707.87 | 4,698.85 | 20,797.32 | 4,850.01 | 11,977.32 | 14,306.87 | 29,700.01 | 14,849.99 |
| **SPINACH** | | | | | | | | | | | |
| 265B | 12.0900 | 232.00 | 2,262.21 | - | - | 5,732.31 | 250.00 | 955.74 | 119.68 | 2,700.00 | 2,700.00 |
| A165 | 33.6600 | 1,927.05 | 6,609.31 | - | 486.40 | 2,660.71 | 499.99 | 1,198.28 | 1,634.89 | 3,000.00 | 1,500.00 |
| EHL | 32.1400 | 1,919.21 | 11,183.43 | 182.68 | 1,548.01 | 3,862.76 | 1,000.00 | 2,396.56 | 2,089.79 | 6,000.01 | 2,999.99 |
| TOTAL | 77.8900 | 4,078.26 | 20,054.95 | 182.68 | 2,034.41 | 12,255.78 | 1,749.99 | 4,550.58 | 3,844.36 | 11,700.01 | 7,199.99 |
| **TOTALS** | 232.1000 | 9,633.37 | 46,223.60 | 5,890.55 | 6,733.26 | 33,053.10 | 6,600.00 | 16,527.90 | 18,151.23 | 41,400.02 | 22,049.98 |

6/20/2011

| MISCELLANOUS EXPENSE | PLANT & SOIL | REPAIRS & MAINTENANCE | SEED/PLANTS | SPRINKLE | TRACTOR WORK | WATER | TOTAL | COST X ACRE |
|---|---|---|---|---|---|---|---|---|
| 575.00 | 399.60 | - | - | 11,423.46 | 4,654.61 | 1,807.45 | 35,172.70 | |
| 63.09 | 67.85 | 28.37 | - | 3,738.56 | 758.20 | 265.41 | 9,918.57 | |
| 408.34 | 439.13 | 183.60 | - | 24,195.90 | 4,907.04 | 1,717.72 | 64,192.96 | |
| 458.60 | 490.41 | 377.00 | - | 56,859.79 | 11,751.60 | 1,952.61 | 161,848.20 | |
| 1,441.94 | 1,329.14 | 560.60 | - | 92,479.15 | 21,313.25 | 5,477.78 | 261,213.86 | 1,693.88 |
| 184.96 | 156.75 | - | 13,201.44 | 2,736.10 | 389.11 | - | 31,620.30 | |
| 166.65 | 135.02 | 38.22 | 15,274.35 | 5,200.86 | 1,536.81 | 742.98 | 42,611.52 | |
| 141.39 | 108.09 | 189.09 | 36,844.20 | 7,570.97 | 3,104.19 | 450.38 | 81,590.75 | |
| 493.00 | 399.86 | 227.31 | 65,319.99 | 15,507.93 | 5,030.11 | 1,193.36 | 155,822.57 | 2,000.55 |
| 1,934.94 | 1,729.00 | 787.91 | 65,319.99 | 107,987.08 | 26,343.36 | 6,671.14 | 417,036.43 | |

TOTAL COST PER ACRE        1,796.80

**ELITE GLOBAL FARMING & LOGISTICS, INC.**

ANGULO

2010 Crop Year

232.10 ACRES

GROWING REPORT ELITE GLOBAL PLUS ANGULO MEMO ENTRY

6/20/2011

| COMMODITY | ACRES | APPLICATION | CHEMICALS | CONTRACT LABOR | CULTIVATION | CUSTOM ENTOM | FERTILIZER | FOOD SAFETY | FUEL&OIL | INCORPORATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 265B | 17.49 | 524.52 | 3,169.34 | 273.57 | - | 466.63 | 3,024.79 | 911.41 | 1,094.45 | 134.97 |
| A165 | 43.35 | 1,468.60 | 6,382.94 | 884.97 | - | 1,585.02 | 5,590.53 | 703.58 | 2,584.03 | 467.17 |
| EHL | 80.80 | 3,207.31 | 14,454.30 | 4,061.70 | 91.74 | 2,272.03 | 11,109.86 | 2,820.41 | 7,298.46 | 927.66 |
| SPRING MIX | 141.64 | $ 5,200.42 | $ 24,006.58 | $ 5,220.24 | $   91.74 | $ 4,323.69 | $ 19,725.17 | $ 4,435.41 | $ 10,976.94 | $ 1,529.80 |
| | | | | | | | | | | |
| 265B | 12.09 | 232.00 | 2,262.21 | - | - | - | 5,732.31 | 250.00 | 955.74 | 93.33 |
| A165 | 33.66 | 1,965.66 | 6,609.31 | - | - | 486.40 | 3,165.01 | 499.99 | 1,198.28 | 200.29 |
| EHL | 32.14 | 1,919.21 | 11,183.43 | 182.68 | 36.64 | 1,548.01 | 3,862.76 | 1,000.00 | 2,396.56 | 272.09 |
| SPINACH | 77.89 | 4,116.87 | 20,054.95 | 182.68 | 36.64 | 2,034.41 | 12,760.08 | 1,749.99 | 4,550.58 | 565.71 |
| | | | | | | | | | | |
| 265B | 1.70 | 50.98 | 308.05 | 26.59 | - | 45.36 | 294.00 | 88.59 | 106.38 | 13.12 |
| A165 | 2.86 | 99.32 | 421.11 | 58.39 | - | 104.57 | 368.84 | 46.42 | 170.48 | 39.21 |
| EHL | 8.01 | 317.95 | 1,432.91 | 402.65 | 9.10 | 225.24 | 1,101.36 | 279.60 | 723.52 | 109.45 |
| WILD ARUGULA | 12.57 | 468.26 | 2,162.07 | 487.63 | 9.10 | 375.16 | 1,764.21 | 414.60 | 1,000.38 | 161.78 |
| | | | | | | | | | | |
| TOTALS | 232.10 | $ 9,785.55 | $ 46,223.60 | $ 5,890.55 | $   137.48 | $ 6,733.26 | $ 34,249.46 | $ 6,600.00 | $ 16,527.90 | $ 2,257.29 |

6/20/2011

**ELITE GLOBAL FARMING & LOGISTICS, INC.**
ANGULO
2010 Crop Year
232.10 ACRES
GROWING REPORT ELITE GLOBAL PLUS ANGULO MEMO ENTRY

| COMMODITY | IRRIGATION LABOR | LAND RENT | LAND PREP. | MGNT/FOREMAN FEES | MISCELLANOUS EXPENSE | PLANT & SOIL | PLANTING | REPAIRS & MAINTENANCE | SEED/PLANTS |
|---|---|---|---|---|---|---|---|---|---|
| 265B | 1,711.56 | 2,460.81 | 246.78 | 1,929.13 | 555.48 | 364.20 | 492.12 | 125.80 | 1,356.76 |
| A165 | 2,183.97 | 6,472.94 | 257.02 | 4,968.30 | 415.11 | 411.95 | 1,219.76 | 281.69 | 3,362.81 |
| EHL | 9,189.86 | 18,287.15 | 399.65 | 12,371.49 | 400.66 | 446.18 | 2,273.51 | 476.91 | 6,267.93 |
| SPRING MIX | $ 13,085.40 | $ 27,220.90 | $ 903.45 | 19,268.92 | 1,371.25 | $ 1,222.33 | $ 3,985.39 | $ 884.39 | $ 10,987.50 |
| 265B | 119.68 | 2,700.00 | 170.65 | 3,065.65 | 184.96 | 156.75 | 133.63 | - | 13,387.70 |
| A165 | 1,634.89 | 3,000.00 | 157.78 | 2,518.02 | 178.58 | 135.02 | 372.04 | 87.79 | 15,792.93 |
| EHL | 2,089.79 | 6,000.01 | 126.95 | 3,972.03 | 136.52 | 108.09 | 355.24 | 228.37 | 37,339.36 |
| SPINACH | 3,844.36 | 11,700.01 | 455.38 | 9,555.70 | 500.06 | 399.86 | 860.91 | 316.16 | 66,519.99 |
| 265B | 166.36 | 239.19 | 24.00 | 197.75 | 54.65 | 35.40 | 35.32 | 14.85 | 241.54 |
| A165 | 144.09 | 427.05 | 19.43 | 345.02 | 28.14 | 27.18 | 59.42 | 26.10 | 406.36 |
| EHL | 911.03 | 1,812.87 | 45.43 | 1,274.69 | 39.40 | 44.23 | 166.43 | 49.80 | 1,138.10 |
| WILD ARUGULA | 1,221.47 | 2,479.11 | 88.86 | 1,817.46 | 122.19 | 106.81 | 261.17 | 90.76 | 1,786.00 |
| TOTALS | $ 18,151.23 | $ 41,400.02 | $ 1,447.69 | 30,642.08 | 1,993.50 | $ 1,729.00 | $ 5,107.47 | $ 1,291.31 | $ 79,293.49 |

Page 2 of 3

6/20/2011

**ELITE GLOBAL FARMING & LOGISTICS, INC.**
ANGULO
2010 Crop Year
232.10 ACRES
GROWING REPORT ELITE GLOBAL PLUS ANGULO MEMO ENTRY

| COMMODITY | SPRINKLE | SUNDACE | SUPERVISOR | TRACTOR WORK | WATER | WEEDING | LABORATORY & SAMPLING | TOTAL | ACRES | COST X ACRE |
|---|---|---|---|---|---|---|---|---|---|---|
| 265B | 10,411.48 | 254.50 | 500.45 | 4,768.81 | 1,647.33 | 8,987.87 | 201.30 | 45,614.06 | 17.49 | |
| A165 | 22,698.38 | 186.58 | 189.67 | 5,119.19 | 1,611.41 | 22,276.96 | 380.86 | 91,703.44 | 43.35 | |
| EHL | 51,731.46 | 302.97 | 506.11 | 12,143.23 | 1,776.50 | 41,521.99 | 1,081.21 | 205,420.28 | 80.80 | |
| SPRING MIX | $ 84,841.32 | $ 744.05 | $ 1,196.23 | $ 22,031.23 | $ 5,035.24 | $ 72,786.82 | $ 1,663.37 | $ 342,737.78 | 141.64 | $ 2,419.78 |
| 265B | 2,736.10 | 175.99 | 11.73 | 464.66 | - | 5,103.95 | 119.85 | 38,056.89 | 12.09 | |
| A165 | 5,200.86 | 259.44 | 95.64 | 1,863.33 | 742.98 | 14,210.00 | 320.08 | 60,694.32 | 33.66 | |
| EHL | 7,570.97 | 88.88 | 152.21 | 3,595.13 | 450.38 | 13,568.32 | 474.69 | 98,658.32 | 32.14 | |
| SPINACH | 15,507.93 | 524.31 | 259.58 | 5,923.12 | 1,193.36 | 32,882.27 | 914.62 | 197,409.53 | 77.89 | 2,534.47 |
| 265B | 1,011.98 | 24.75 | 58.70 | 470.95 | 160.12 | 1,047.37 | 13.70 | 4,729.70 | 1.70 | |
| A165 | 1,497.52 | 9.31 | 15.93 | 362.67 | 106.31 | 1,762.05 | 13.72 | 6,558.64 | 2.86 | |
| EHL | 5,128.33 | 35.75 | 59.09 | 1,207.07 | 176.11 | 4,934.98 | 92.91 | 21,718.00 | 8.01 | |
| WILD ARUGULA | 7,637.83 | 69.81 | 133.72 | 2,040.69 | 442.54 | 7,744.40 | 120.33 | 33,006.34 | 12.57 | 2,625.80 |
| TOTALS | $ 107,987.08 | $ 1,338.17 | $ 1,589.53 | $ 29,995.04 | $ 6,671.14 | $113,413.49 | $ 2,698.32 | $ 573,153.65 | 232.10 | $ 2,469.43 |

6/20/2011

**ELITE GLOBAL FARMING & LOGISTICS, INC.**
**232.10 ACRES**
**ANGULO GROWING COST REPORT ELITE PLUS TOMMY WITH LBS**

| COMMODITY | ACRES | TOTAL COST | COST PER ACRE | TOTAL LBS | LBS PER ACRE | COST PER LB |
|---|---|---|---|---|---|---|
| SPRING MIX | 141.64 | $ 342,737.78 | $ 2,419.78 | 413,786.00 | 2,921.39 | $ 0.83 |
| SPINACH | 77.89 | 197,409.53 | 2,534.47 | 121,294.00 | 1,557.25 | 1.63 |
| WILD ARUGULA | 12.57 | 33,006.34 | 2,625.80 | 23,987.00 | 1,908.27 | 1.38 |
| TOTALS | 232.10 | $ 573,153.65 | $ 2,469.43 | 559,067.00 | 2,408.73 | $ 1.03 |

6/20/2011

ELITE GLOBAL FARMING & LOGISTICS, INC.
ANGULO
2010 Crop Year
        232.10  Acres

|  | AMOUNT | PER ACRE |
|---|---|---|
| MEMO ENTRY | $ 417,036.43 | $ 1,796.80 |
| PAY CHECKS | 156,117.23 | 672.63 |
| TOTALS | $ 573,153.66 | $ 2,469.43 |