EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): | TEL NO.: |
|---|---|
| Recording requested by and return to:<br>Effie F. Anastassiou, Esq. (SBN 9627)<br>Anastassiou & Associates<br>242 Capitol St., Salinas, CA 93901<br>P.O. Box 2210, Salinas, CA 93902 | 831-754-2501 |

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ United States District Court, Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS: 1301 Clay Street
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Oakland Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: AFCM, INC. and FO-FARMER'S OUTLET, INC.

DEFENDANT: ELITE GLOBAL FARMING AND LOGISTICS, INC., et al.

**ABSTRACT OF JUDGMENT**   [ ] Amended

CASE NUMBER: 4:11-CV-04677-CW-EDL

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address
   
   ELITE GLOBAL FARMING AND LOGISTICS, INC.
   635 S. Sanborn Place, STE 6
   Salinas, CA 93901

   b. Driver's license No. and state:  [✓] Unknown
   c. Social security No.:  [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): ELITE GLOBAL FARMING AND LOGISTICS, INC., c/o Sandra Regalado, person apparently in charge of office at 635 S. Sanborn Place, STE 6, Salinas, CA 93901
   e. [ ] Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:
   f. [✓] Information on additional judgment debtors is shown on page two.

Date: August 28, 2012
Effie Anastassiou, Esq., Attorney for Plaintiffs
(TYPE OR PRINT NAME)

▶ [signature] (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [✓] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor (name and address):
   FO-Farmer's Outlet, Inc., 1604 East Holton Road, Holtville, CA 92250
4. Judgment debtor (full name as it appears in judgment):
   ELITE GLOBAL FARMING AND LOGISTICS, INC.; and RICHARD ESCAMILLA, SR.

6. Total amount of judgment as entered or last renewed:
   $ 53,603.07
7. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

[SEAL]

5. a. Judgment entered on (date): August 7, 2012
   b. Renewal entered on (date):

This abstract issued on (date): SEP - 7 2012

8. A stay of enforcement has
   a. [✓] not been ordered by the court.
   b. [ ] been ordered by the court effective until (date):
9. [ ] This judgment is an installment judgment.

Clerk, by [signature] , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT**
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: AFCM, INC. and FO-FARMER'S OUTLET, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT: ELITE GLOBAL FARMING AND LOGISTICS, INC., et al. | 4:11-CV-04677-CW-EDL |

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS**

10. Name and last known address
RICHARD ESCAMILLA, SR.
18 Essex Circle
Salinas, CA 93906

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to (address):
RICHARD ESCAMILLA, SR., an Individual
635 S. Sanborn Place, STE 6
Salinas, CA 93901

11. Name and last known address
ELITE GLOBAL FARMING AND LOGISTICS, INC.
c/o Rafael Carriedo, Registered Agent,
688 E. Boronda Rd., Salinas, CA 93906

Driver's license No. & state: X Unknown
Social security No.: X Unknown
Summons was personally served at or mailed to (address):
ELITE GLOBAL FARMING AND LOGISTICS, INC.,
c/o Sandra Regalado, person apparently in charge of office at
635 S. Sanborn Place, STE 6, Salinas, CA 93901

12. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

13. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

14. Name and last known address
ELITE GLOBAL FARMING AND LOGISTICS, INC.
635 S. Sanborn Place, STE 8
Salinas, CA 93901

Driver's license No. & state: X Unknown
Social security No.: X Unknown
Summons was personally served at or mailed to (address):
ELITE GLOBAL FARMING AND LOGISTICS, INC., c/o
Sandra Regalado, person apparently in charge of office at 635 S. Sanborn Place,
STE 6, Salinas, CA 93901

15. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

16. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on Attachment 18.