Effie F. Anastassiou, Esq. (CSBN 96279)
Stephen J. Beals, Esq. (CSBN 226365)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Salinas, CA 93901
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiffs, AFCM, INC. and FO-FARMER'S OUTLET, INC.

**FILED**

OCT 1 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AFCM, INC., a California Corporation; and FO-FARMER'S OUTLET, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ELITE GLOBAL FARMING AND LOGISTICS, INC., a California Corporation; RICHARD ESCAMILLA, SR., an Individual; JOSE ESCAMILLA, an Individual; JOHN CREIGHTON, an Individual; STEPHEN WYRICK, an Individual; KENT CURLEY, an Individual; DAVID GATTIS, an Individual; AMBER RIGOR, an Individual; and RICHARD ESCAMILLA, JR., an Individual,<br><br>Defendants. | CASE NO. 4:11-CV-04677-CW<br><br>DECLARATION OF EFFIE F. ANASTASSIOU, ESQ IN SUPPORT WRIT OF EXECUTION |

I, EFFIE F. ANASTASSIOU, ESQ., hereby declare as follows:

1. I am an attorney at law licensed to practice before all the state and federal courts in the State of California. I am counsel of record for Plaintiffs AFCM, Inc., a California Corporation; ("AFCM") and FO-FARMER'S OUTLET, INC., a California Corporation ("FFO") (AFCM and FFO are collectively referred to herein as the "Plaintiffs") in the instant matter. As such, I have personal knowledge of the matters set forth in this declaration, except where I indicate that the matters are being recounted based on information and belief.

2. My law office prepared a Writ of Execution for issuance by this Court to the Monterey County Sheriff or Marshal for the Judgment obtained by FO-Farmer's Outlet, Inc. against Elite Global

AFCM, Inc., et al. v. Elite Global Farming & Log., et al.
Case No. 4:11-CV-04677-CW
1
Decl of Anastassiou ISO Writ of Execution

Farming and Logistics, Inc. and Richard Escamilla, Sr. for the amounts due to FO-Farmer's Outlet, Inc. under the packaging agreement (the "Writ of Execution") in the form attached hereto as **Exhibit "A"** and incorporated herein by reference.

3. The Writ of Execution provides for daily interest accrual at the rate of $0.25 in Section 19(a) of the Writ of Execution.

4. The daily interest accrual rate of $0.25 was calculated as follows:

a. The Judgment[1] stated that Plaintiffs were entitled to interest on the Judgment amounts as provided in 28 U.S.C. § 1961.

b. 28 U.S.C. § 1961 states in relevant part:

> Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment.

c. The weekly average 1-year constant maturity Treasury yield published by the Board of Governors of the Federal Reserve System for the calendar week preceding the date of judgment (week ending August 3, 2012) was seventeen hundredths of a percent (0.17%) per annum. A true and correct copy of the H.15 Selected Interest Rates published by the Board of Governors of the Federal Reserve System is attached hereto as **Exhibit "B"** and incorporated herein by reference.

d. The annual interest amount on the Judgment at the rate of seventeen hundredths of a percent (0.17%) per annum was calculated by taking the Judgment amount of $53,603.07 and multiplying it by seventeen hundredths of a percent (0.17%) for an annual interest amount of $91.13.

e. The daily interest amount of $0.25 was calculated by taking the annual interest amount of $91.13 and dividing it by the number of days in a year (365) for a daily interest amount of $0.25. A spreadsheet showing the calculations of the daily interest amount is attached hereto as **Exhibit "C"** and incorporated herein by reference.

//
//
//

---

[1] ECF No. 82.

*AFCM, Inc., et al. v. Elite Global Farming & Log., et al.*
Case No. 4:11-CV-04677-CW
2
Decl of Anastassiou ISO Writ of Execution

Executed this 9th day of October, 2012, at Salinas, California.

          Respectfully Submitted,

          ANASTASSIOU & ASSOCIATES

By: /s/ Effie F. Anastassiou
     Effie F. Anastassiou, Esq.,
     Attorneys for Plaintiffs AFCM, Inc. and FO-Farmer's Outlet, Inc.

F:\AFC\Pleadings\Judgment Enforcement\Writ of Execution\FFO's Writ\Decl re Interest.wpd

# Exhibit A

**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| Effie F. Anastassiou, Esq. (SBN 96279)<br>Anastassiou & Associates, Attorneys at Law<br>242 Capitol St., Salinas, CA 93901<br>P.O. Box 2210, Salinas, CA 93902<br>TELEPHONE NO.: 831-754-2501  FAX NO. (Optional): 831-754-0621<br>E-MAIL ADDRESS (Optional): EffieEsq@SalinasAgLaw.com<br>ATTORNEY FOR (Name): Plaintiffs, AFCM, Inc. and FO-Farmer's Outlet, Inc.<br>[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** United States District Court, Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS: 1301 Clay Street
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Oakland Courthouse

PLAINTIFF: AFCM, Inc. and FO-Farmer's Outlet, Inc.

DEFENDANT: Elite Global Farming and Logistics, Inc., et al.

| WRIT OF | [✓] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>[ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>4:11-CV-04677-CW-EDL<br>UNLIMITED |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** Monterey
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* FO-Farmer's Outlet, Inc.
   is the [✓] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.
4. **Judgment debtor** *(name and last known address):*

   Elite Global Farming and Logistics, Inc.
   635 S. Sanborn Place, Suite 6
   Salinas, CA 93901

   Elite Global Farming and Logistics, Inc.
   635 S. Sanborn Place, Suite 8
   Salinas, CA 93901

   [✓] Additional judgment debtors on next page
5. **Judgment entered on** *(date):* August 7, 2012
6. [ ] **Judgment renewed on** *(dates):*
7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested *(see next page)*.
8. [ ] Joint debtor information on next page.

   [SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . . . . . $ 53,603.07
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . . $
13. Subtotal *(add 11 and 12)* . . . . . . . . . $ 53,603.07
14. Credits . . . . . . . . . . . . . . . . . . . . . . . $
15. Subtotal *(subtract 14 from 13)* . . . . . . . $ 53,603.07
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) . . . $
17. Fee for issuance of writ . . . . . . . . . . . . . $ 0.00
18. **Total** *(add 15, 16, and 17)* . . . . . . . . . . . $ 53,603.07
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of . . . . . . . $ 0.25
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) . . . . . . . . . . . . . . . $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* _____  Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.courtinfo.ca.gov

| PLAINTIFF: AFCM, Inc. and FO-Farmer's Outlet, Inc. | EJ-130 |
|---|---|
| DEFENDANT: Elite Global Farming and Logistics, Inc., et al. | CASE NUMBER: 4:11-CV-04677-CW-EDL |

— Items continued from page 1—

21. [✓] **Additional judgment debtor** *(name and last known address):*

   Richard Escamilla, Sr.
   18 Essex Circle
   Salinas, CA 93906

22. [ ] **Notice of sale** has been requested by *(name and address):*

23. [ ] **Joint debtor** was declared bound by the judgment (CCP 989-994)
   a. on *(date):*
   b. name and address of joint debtor:

   a. on *(date):*
   b. name and address of joint debtor:

   c. [ ] additional costs against certain joint debtors *(itemize):*

24. [ ] *(Writ of Possession or Writ of Sale)* Judgment was entered for the following:
   a. [ ] Possession of real property: The complaint was filed on *(date):*
      (Check (1) or (2)):
      (1) [ ] The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
         The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) [ ] The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
         (a) $_____ was the daily rental value on the date the complaint was filed.
         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
   b. [ ] Possession of personal property.
      [ ] If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
   c. [ ] Sale of personal property.
   d. [ ] Sale of real property.
   e. Description of property:

---

**NOTICE TO PERSON SERVED**
WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

Exhibit B

What's New · What's Next · Site Map · A-Z Index · Careers · RSS · All Videos · Current FAQs       Search | Advanced Search

# Board of Governors of the Federal Reserve System

| About the Fed | News & Events | Monetary Policy | Banking Information & Regulation | Payment Systems | Economic Research & Data | Consumer Information | Community Development | Reporting Forms | Publications |

Home > Economic Research & Data > Statistical Releases and Historical Data

## Selected Interest Rates (Weekly) - H.15    DDP  Print

Current Release   Release Dates   Daily Update   Historical Data   About   Announcements

### Current Release (48 KB PDF)

**Release Date: August 6, 2012**

The weekly release is posted on Monday. Daily updates of the weekly release are posted Tuesday through Friday on this site. If Monday is a holiday, the weekly release will be posted on Tuesday after the holiday and the daily update will not be posted on that Tuesday.

August 6, 2012
H.15 Selected Interest Rates
*Yields in percent per annum*

| Instruments | 2012 Jul 30 | 2012 Jul 31 | 2012 Aug 1 | 2012 Aug 2 | 2012 Aug 3 | Week Ending Aug 3 | Week Ending Jul 27 | 2012 Jul |
|---|---|---|---|---|---|---|---|---|
| **Federal funds (effective) 1 2 3** | 0.14 | 0.13 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.16 |
| **Commercial Paper 3 4 5 6** | | | | | | | | |
| **Nonfinancial** | | | | | | | | |
| 1-month | 0.14 | 0.14 | 0.13 | 0.14 | 0.15 | 0.14 | 0.14 | 0.14 |
| 2-month | 0.17 | 0.16 | 0.17 | 0.18 | 0.18 | 0.17 | 0.17 | 0.17 |
| 3-month | 0.21 | 0.20 | 0.20 | 0.21 | 0.21 | 0.21 | 0.23 | 0.22 |
| **Financial** | | | | | | | | |
| 1-month | 0.12 | 0.15 | 0.15 | 0.14 | 0.13 | 0.14 | 0.15 | 0.13 |
| 2-month | 0.14 | 0.15 | n.a. | 0.17 | 0.10 | 0.14 | 0.14 | 0.14 |
| 3-month | 0.17 | 0.18 | 0.18 | 0.21 | 0.18 | 0.18 | 0.18 | 0.24 |
| **CDs (secondary market) 3 7** | | | | | | | | |
| 1-month | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.18 | 0.19 | 0.20 |
| 3-month | 0.28 | 0.29 | 0.28 | 0.27 | 0.27 | 0.28 | 0.29 | 0.30 |
| 6-month | 0.43 | 0.42 | 0.42 | 0.42 | 0.42 | 0.42 | 0.44 | 0.46 |
| **Eurodollar deposits (London) 3 8** | | | | | | | | |
| 1-month | 0.31 | 0.31 | 0.31 | 0.31 | 0.31 | 0.31 | 0.31 | 0.31 |
| 3-month | 0.43 | 0.43 | 0.43 | 0.43 | 0.43 | 0.43 | 0.43 | 0.43 |
| 6-month | 0.63 | 0.63 | 0.63 | 0.63 | 0.63 | 0.63 | 0.63 | 0.63 |
| **Bank prime loan 2 3 9** | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 |
| **Discount window primary credit 2 10** | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| **U.S. government securities** | | | | | | | | |
| **Treasury bills (secondary market) 3 4** | | | | | | | | |
| 4-week | 0.05 | 0.07 | 0.07 | 0.04 | 0.02 | 0.05 | 0.08 | 0.07 |
| 3-month | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.10 | 0.10 | 0.10 |
| 6-month | 0.15 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.15 | 0.15 |
| 1-year | 0.18 | 0.16 | 0.17 | 0.17 | 0.16 | 0.17 | 0.17 | 0.18 |
| **Treasury constant maturities** | | | | | | | | |
| **Nominal 11** | | | | | | | | |
| 1-month | 0.06 | 0.07 | 0.07 | 0.04 | 0.03 | 0.05 | 0.08 | 0.07 |
| 3-month | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.10 | 0.10 | 0.10 |
| 6-month | 0.15 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.15 | 0.15 |

| Instruments | 2012 Jul 30 | 2012 Jul 31 | 2012 Aug 1 | 2012 Aug 2 | 2012 Aug 3 | Week Ending | | 2012 Jul |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Aug 3 | Jul 27 | |
| 1-year | 0.18 | 0.16 | 0.17 | 0.17 | 0.16 | 0.17 | 0.17 | 0.19 |
| 2-year | 0.23 | 0.23 | 0.24 | 0.24 | 0.24 | 0.24 | 0.23 | 0.25 |
| 3-year | 0.31 | 0.30 | 0.32 | 0.31 | 0.33 | 0.31 | 0.30 | 0.33 |
| 5-year | 0.61 | 0.60 | 0.63 | 0.61 | 0.67 | 0.62 | 0.59 | 0.62 |
| 7-year | 0.99 | 0.98 | 1.03 | 0.98 | 1.07 | 1.01 | 0.95 | 0.98 |
| 10-year | 1.53 | 1.51 | 1.56 | 1.51 | 1.60 | 1.54 | 1.47 | 1.53 |
| 20-year | 2.22 | 2.21 | 2.25 | 2.20 | 2.30 | 2.24 | 2.15 | 2.22 |
| 30-year | 2.58 | 2.56 | 2.60 | 2.55 | 2.65 | 2.59 | 2.51 | 2.59 |
| Inflation indexed 12 | | | | | | | | |
| 5-year | -1.17 | -1.23 | -1.22 | -1.22 | -1.20 | -1.21 | -1.14 | -1.15 |
| 7-year | -0.95 | -1.01 | -0.99 | -1.00 | -0.98 | -0.99 | -0.95 | -0.92 |
| 10-year | -0.64 | -0.69 | -0.67 | -0.69 | -0.66 | -0.67 | -0.66 | -0.60 |
| 20-year | -0.05 | -0.09 | -0.07 | -0.10 | -0.05 | -0.07 | -0.08 | -0.01 |
| 30-year | 0.36 | 0.32 | 0.34 | 0.30 | 0.36 | 0.34 | 0.34 | 0.39 |
| Inflation-indexed long-term average 13 | -0.01 | -0.05 | -0.03 | -0.06 | 0.00 | -0.03 | -0.03 | 0.02 |
| Interest rate swaps 14 | | | | | | | | |
| 1-year | 0.40 | 0.40 | 0.40 | 0.41 | 0.41 | 0.40 | 0.42 | 0.45 |
| 2-year | 0.43 | 0.42 | 0.42 | 0.43 | 0.45 | 0.43 | 0.45 | 0.48 |
| 3-year | 0.50 | 0.47 | 0.48 | 0.50 | 0.53 | 0.50 | 0.51 | 0.54 |
| 4-year | 0.64 | 0.60 | 0.62 | 0.64 | 0.69 | 0.64 | 0.63 | 0.67 |
| 5-year | 0.82 | 0.78 | 0.81 | 0.82 | 0.88 | 0.82 | 0.80 | 0.85 |
| 7-year | 1.20 | 1.16 | 1.19 | 1.20 | 1.28 | 1.21 | 1.16 | 1.21 |
| 10-year | 1.63 | 1.59 | 1.63 | 1.63 | 1.72 | 1.64 | 1.57 | 1.63 |
| 30-year | 2.36 | 2.33 | 2.38 | 2.37 | 2.46 | 2.38 | 2.29 | 2.35 |
| Corporate bonds | | | | | | | | |
| Moody's seasoned | | | | | | | | |
| Aaa 15 | 3.29 | 3.29 | 3.32 | 3.28 | 3.39 | 3.31 | 3.26 | 3.40 |
| Baa | 4.79 | 4.78 | 4.82 | 4.75 | 4.86 | 4.80 | 4.77 | 4.87 |
| State & local bonds 16 | | | | 3.66 | | 3.66 | 3.61 | 3.78 |
| Conventional mortgages 17 | | | | 3.55 | | 3.55 | 3.49 | 3.55 |

n.a. Not available.

Footnotes

1. The daily effective federal funds rate is a weighted average of rates on brokered trades.

2. Weekly figures are averages of 7 calendar days ending on Wednesday of the current week; monthly figures include each calendar day in the month.

3. Annualized using a 360-day year or bank interest.

4. On a discount basis.

5. Interest rates interpolated from data on certain commercial paper trades settled by The Depository Trust Company. The trades represent sales of commercial paper by dealers or direct issuers to investors (that is, the offer side). The 1-, 2-, and 3-month rates are equivalent to the 30-, 60-, and 90-day dates reported on the Board's Commercial Paper Web page (www.federalreserve.gov/releases/cp/).

6. Financial paper that is insured by the FDIC's Temporary Liquidity Guarantee Program is not excluded from relevant indexes, nor is any financial or nonfinancial commercial paper that may be directly or indirectly affected by one or more of the Federal Reserve's liquidity facilities. Thus the rates published after September 19, 2008, likely reflect the direct or indirect effects of the new temporary programs and, accordingly, likely are not comparable for some purposes to rates published prior to that period.

7. An average of dealer bid rates on nationally traded certificates of deposit.

8. Source: Bloomberg and CTRB ICAP Fixed Income & Money Market Products.

9. Rate posted by a majority of top 25 (by assets in domestic offices) insured U.S.-chartered commercial banks. Prime is one of several base rates used by banks to price short-term business loans.

10. The rate charged for discounts made and advances extended under the Federal Reserve's primary credit discount window program, which became effective January 9, 2003. This rate replaces that for adjustment credit, which was discontinued after January 8, 2003. For further information, see www.federalreserve.gov/boarddocs/press/bcreg/2002/200210312/default.htm. The rate reported is that for the Federal Reserve Bank of New York. Historical series for the rate on adjustment credit as well as the rate on primary credit are available at www.federalreserve.gov/releases/h15/data.htm.

11. Yields on actively traded non-inflation-indexed issues adjusted to constant maturities. The 30-year Treasury constant maturity series was discontinued on February 18, 2002, and reintroduced on February 9, 2006. From February 18, 2002, to February 9, 2006, the U.S. Treasury published a factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-year nominal rate. The historical adjustment factor can be found at www.treasury.gov/resource-center/data-chart-center/interest-rates/. Source: U.S. Treasury.

12. Yields on Treasury inflation protected securities (TIPS) adjusted to constant maturities. Source: U.S. Treasury. Additional information on both nominal and inflation-indexed yields may be found at www.treasury.gov/resource-center/data-chart-center/interest-rates/.

13. Based on the unweighted average bid yields for all TIPS with remaining terms to maturity of more than 10 years.

14. International Swaps and Derivatives Association (ISDA®) mid-market par swap rates. Rates are for a Fixed Rate Payer in return for receiving three month LIBOR, and are based on rates collected at 11:00 a.m. Eastern time by Garban Intercapital plc and published on Reuters Page ISDAFIX®1. ISDAFIX is a registered service mark of ISDA. Source: Reuters Limited.

15. Moody's Aaa rates through December 6, 2001, are averages of Aaa utility and Aaa industrial bond rates. As of December 7, 2001, these rates are averages of Aaa industrial bonds only.

16. Bond Buyer Index, general obligation, 20 years to maturity, mixed quality; Thursday quotations.

17. Contract interest rates on commitments for fixed-rate first mortgages. Source: Primary Mortgage Market Survey® data provided by Freddie Mac.

Note: Weekly and monthly figures on this release, as well as annual figures available on the Board's historical H.15 web site (see below), are averages of business days unless otherwise noted.

Current and historical H.15 data are available on the Federal Reserve Board's web site (www.federalreserve.gov/). For information about individual copies or subscriptions, contact Publications Services at the Federal Reserve Board (phone 202-452-3244, fax 202-728-5886).

### Description of the Treasury Nominal and Inflation-Indexed Constant Maturity Series

Yields on Treasury nominal securities at "constant maturity" are interpolated by the U.S. Treasury from the daily yield curve for non-inflation-indexed Treasury securities. This curve, which relates the yield on a security to its time to maturity, is based on the closing market bid yields on actively traded Treasury securities in the over-the-counter market. These market yields are calculated from composites of quotations obtained by the Federal Reserve Bank of New York. The constant maturity yield values are read from the yield curve at fixed maturities, currently 1, 3, and 6 months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a yield for a 10-year maturity, for example, even if no outstanding security has exactly 10 years remaining to maturity. Similarly, yields on inflation-indexed securities at "constant maturity" are interpolated from the daily yield curve for Treasury inflation protected securities in the over-the-counter market. The inflation-indexed constant maturity yields are read from this yield curve at fixed maturities, currently 5, 7, 10, and 20 years.

Last update: August 6, 2012

Home | Economic Research & Data

Accessibility  Contact us  Disclaimer  Website Policies  FOIA        PDF Reader

Exhibit C

## AFCM, Inc., et al. v. Elite Global Farming and Logistics, Inc., et al.

### Elite's and Richard Escamilla, Sr.'s Judgment:

| Judgment Amount | X | Annual Interest Rate | = | Annual Interest Amount |
|---|---|---|---|---|
| $ 53,603.07 | x | 0.17% | = | $ 91.13 |

| Annual Interest Amount | / | # of Days in Year | = | Daily Interest Amount |
|---|---|---|---|---|
| $ 91.13 | / | 365 | = | $ 0.25 |