**EJ-001**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, State Bar number, and telephone number):
Recording requested by and return to: CA SBN 96279
Effie F. Anastassiou, Esq.
Anastassiou & Associates
P.O. Box 2210
Salinas, CA 93902
831.754.2501

[✓] ATTORNEY FOR    [✓] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS: 1301 Clay Street
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Oakland Courthouse

PLAINTIFF: AFCM, Inc. and FO-Farmer's Outlet, Inc.
DEFENDANT: Elite Global Farming and Logistics, Inc., et al.

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

CASE NUMBER: 4:11-cv-04677-CW-EDL

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address:
      Elite Global Farming and Logistics, Inc., c/o Richard Escamilla, Sr., 18 Essex Circle, Salinas, CA 93906
   b. Driver's license no. [last 4 digits] and state: [✓] Unknown
   c. Social security no. [last 4 digits]: [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Elite Global Farming and Logistics, Inc., c/o Sandra Regalado, person apparently in charge of office at 635 S. Sanborn Place, Suite 6, Salinas, CA 93901

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address): AFCM, Inc., 1604 East Holton Road, Holtville, CA 92250

Date: April 30, 2013
Effie F. Anastassiou
(TYPE OR PRINT NAME)                (SIGNATURE OF APPLICANT OR ATTORNEY)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

6. Total amount of judgment as entered or last renewed: $ 182,972.85
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): August 7, 2012
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on (date): MAY - 8 2013

Clerk, by _____, Deputy
Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: AFCM, Inc. and FO-Farmer's Outlet, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT: Elite Global Farming and Logistics, Inc., et al. | 4:11-cv-04677-CW-EDL |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Richard Escamilla, Sr., 18 Essex Circle, Salinas, CA 93905

Driver's license no. [last 4 digits] and state: ☑ Unknown
Social security no. [last 4 digits]: ☑ Unknown
Summons was personally served at or mailed to *(address):*
635 S. Sanborn Place, Suite 6, Salinas, CA 93901

17. Name and last known address

Jose Escamilla, 48970 Cochran Drive, Indio, CA 92201-7514

Driver's license no. [last 4 digits] and state: ☑ Unknown
Social security no. [last 4 digits]: ☑ Unknown
Summons was personally served at or mailed to *(address):*
49631 Truman Way, Indio, CA 92201

18. Name and last known address

Stephen Wyrick, 113 Best Road, Hollister, CA, 95023

Driver's license no. [last 4 digits] and state: ☑ Unknown
Social security no. [last 4 digits]: ☑ Unknown
Summons was personally served at or mailed to *(address):*
3376 Cienega Road, Hollister, CA 95023

19. Name and last known address

Richard Escamilla, Jr., P.O. Box 4545, Salinas, CA 93912

Driver's license no. [last 4 digits] and state: ☑ Unknown
Social security no. [last 4 digits]: ☑ Unknown
Summons was personally served at or mailed to *(address):*
635 S. Sanborn Place, Suite 6, Salinas, CA 93901

20. ☐ Continued on Attachment 20.